MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*TESORO ALASKA COMPANY*   v.   *ST. PAUL FIRE AND MARINE INSURANCE COMPANY*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:06-cv-00020-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  January 27, 2006

    By direction of the Chief Judge, this case is hereby re-assigned to Hon. Timothy M. Burgess for all further proceedings.