RECEIVED
FEB 20 2006
Brena, Bell & Clarkson, P.C.

Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
(907) 258-2000

Attorneys for Tesoro Alaska Company

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) |
| Defendant. | ) Case No. 3:06-CV-00020 (JWS) |

### WAIVER OF SERVICE OF SUMMONS

TO:   Earl M. Sutherland

I acknowledge receipt of your request that I waive service of a summons in the above-entitled action, Docket No. 3:06-CV-00020 (JWS), in the United States District Court for the District of Alaska. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed Waiver to you without cost to me.

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

WAIVER OF SERVICE
Tesoro v. St. Paul Fire (3:06-CV-00020 (JWS))
[January 20, 2006]
Page 1 of 3



I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after January 20, 2006.

16 February 2006
Date

Signature

Earl M. Sutherland    AkBar 8111132
Printed/Typed Name

As [Title] Lawyer for
Of [Company] St. Paul Fire & Marine Ins. Co.

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

WAIVER OF SERVICE
Tesoro v. St. Paul Fire (3:06-CV-00020 (JWS))
[January 20, 2006]
Page 2 of 3