Earl M. Sutherland, Esq.
REED MCCLURE
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363

Attorneys for St. Paul Fire and
Marine Insurance Company

HONORABLE TIMOTHY M. BURGESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Defendant. | NO. 3:06-CV-00020 (TMB)<br><br>ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF |

For its answer to the complaint for declaratory relief of Tesoro Alaska Company ("Tesoro"), the defendant St. Paul Fire and Marine Insurance Company ("St. Paul") admits, denies, states and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

**I**

St. Paul is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraph 1 of the complaint.

ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY
RELIEF - 1

067690 094243\#117840 doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

## II

St. Paul admits the matters asserted in paragraphs 2, 3, and 4 of the complaint.

## ALLEGATIONS COMMON TO ALL COUNTS

## III

St. Paul admits the matters asserted in paragraphs 5, 6 and 7.

## IV

With respect to the matters asserted in paragraphs 8 and 9 of the complaint, St. Paul admits only that the paragraphs contain selected quotations from the Contract referenced in paragraph 6 of the complaint. St. Paul denies any inference or implication that other provisions are not also "pertinent" as that term is used in paragraphs 8 and 9 of the complaint.

## V

With respect to the matters asserted in paragraph 10 of the complaint, St. Paul admits the allegations contained in the first two sentences of the paragraph. St. Paul denies the matters asserted in the balance of paragraph 10.

## VI

St. Paul denies the matters asserted in paragraphs 11 and 12 of the complaint.

## VII

With respect to the matters asserted in paragraph 13 of the complaint, St. Paul admits the allegations contained in the first sentence of the paragraph. St. Paul s without knowledge or information sufficient to form a belief as to the truth of the matters asserted in the balance of paragraph 13.

## VIII

St. Paul admits the matters asserted in paragraph 14 of the complaint.

ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY
RELIEF - 2

067690 094243\#117840 doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

### IX

St. Paul is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraph 15 of the complaint.

### X

St. Paul admits the matters asserted in paragraphs 16 and 17 of the complaint.

### XI

With respect to the matters asserted in paragraph 18 of the complaint, St. Paul admits that Tesoro tendered B. Rogers's claims to Wilder under the indemnity provisions in section 9(c) of the Contract between Wilder and Tesoro, which tender was accepted with a reservation of rights entirely consistent with the terms of the section. St. Paul further admits that Tesoro tendered B. Rogers's claims to St. Paul, claiming additional insured status and coverage under the Wilder Policy with St. Paul. St. Paul denies any other matter asserted in paragraph 18.

### XII

With respect to the matters asserted in paragraph 19 of the complaint, St. Paul admits that it responded on behalf of Wilder to Tesoro's tender of B. Rogers's claims to Wilder for the reason that St. Paul insures Wilder's contractual liability to Tesoro under the circumstances presented by the tender and the indemnity provisions in section 9(c) of the Contract between Wilder and Tesoro, and that the tender was accepted with a reservation of rights consistent with the terms of the applicable section of the Contract. St. Paul further admits it declined Tesoro's tender of B. Rogers's claims to St. Paul for the reason that Tesoro has no coverage under the Wilder Policy with St. Paul for these claims as an additional insured. St. Paul denies any other matter asserted in paragraph 19.

ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY
RELIEF - 3

067690 094243\#117840.doc

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

### XIII

With respect to the matters asserted in paragraph 20 of the complaint, St. Paul admits only that Tesoro has rejected the defense offered by Wilder and has taken the position that Tesoro has the right to select its own counsel and yet require Wilder to pay for same, despite the plain language of section 9(c) of the Contract. St. Paul is without knowledge or information sufficient to form a belief as to the truth of the matters asserted in the balance of paragraph 20.

### COUNT 1 – DECLARATORY RELIEF
### [ST. PAUL'S INSURING OBLIGATION TO
### TESORO ALASKA]
### XIV

With respect to the matters incorporated by reference in paragraph 21 of the complaint, St. Paul adopts the foregoing answers stated above.

### XV

St. Paul admits the matters asserted in paragraph 22 of the complaint.

### XVI

St. Paul denies the matters asserted in paragraph 23 of the complaint.

### COUNT 2 – DECLARATORY RELIEF
### [TESORO ALASKA'S RIGHT TO SELECT ITS OWN
### INDEPENDENT LEGAL COUNSEL TO DEFEND IT
### AGAINST B. ROGERS' CLAIMS]
### XVII

With respect to the matters incorporated by reference in paragraph 24 of the complaint, St. Paul adopts the foregoing answers stated above.

### XVIII

St. Paul admits the matters asserted in paragraph 25 of the complaint.

ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY
RELIEF - 4

067690 094243\#117840.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

## XIX

St. Paul denies the matters asserted in paragraph 26 of the complaint for the reason that the plain language of section 9(c) of the Contract requires that Tesoro pay for counsel of its own selection.

## XX

St. Paul admits the matters asserted in paragraph 27 of the complaint.

## XXI

St. Paul denies the matters asserted in paragraphs 28 and 29 of the complaint.

With respect to any matter asserted by Tesoro not answered above, St. Paul denies it.

By way of further answer and by way of

### FIRST AFFIRMATIVE DEFENSE

Tesoro's claims are barred by waiver or estoppel.

### SECOND AFFIRMATIVE DEFENSE

Tesoro has no coverage under the St. Paul policy insuring Wilder for B. Rogers's claims.

### THIRD AFFIRMATIVE DEFENSE

Wilder did not breach any aspect of the subject Contract with Tesoro. Tesoro has been offered all that the contract requires; or has waived compliance with such requirements by its course of dealing and course of performance of the Contract.

St. Paul reserves its right to assert other affirmative defenses that may be revealed by investigation and discovery in this case.

WHEREFORE, St. Paul prays for judgment in its favor and against Tesoro as follows:

ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF - 5

067690 094243\#117840.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

1. For a declaration that Tesoro does not have insurance coverage with St. Paul as an additional insured for the B. Rogers' claims and that St. Paul has not breached its obligations to Tesoro;

2. For a declaration that section 9(c) the Contract requires Tesoro to pay for counsel of its own choice, that Tesoro was offered independent counsel selected by Wilder as the contract requires and that Tesoro rejected the offer and is obligated to pay for its own defense;

3. For a declaration concerning the extent of Wilder's indemnity obligation under section 9(c) of the Contract, interpreting the sole negligence and willful misconduct exceptions to that indemnity obligation of Wilder to Tesoro and declaring that the acceptance of the tender by Tesoro to Wilder was proper in all respects;

4. For St. Paul's costs and attorney fees incurred in this action as allowed by applicable law; and

5. For such other relief as the court deems just and proper.

DATED this 21st day of March, 2006.

REED McCLURE

/s/ Earl M. Sutherland
Earl M. Sutherland   ABA #8111132
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363
Email: esutherland@rmlaw.com

Attorneys for St. Paul Fire and Marine Insurance Company

ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY
RELIEF - 6

067690 094243\#117840 doc

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

## CERTIFICATION OF SERVICE

I, Lori Hargrave, hereby certify as follows:

I am employed in the County of King, State of Washington, I am over the age of 18 and not a party to the within action. My business and place of employment is REED McCLURE, Two Union Square, 601 Union Street, Suite 1500, Seattle, Washington, 98101.

On March 21, 2006, I electronically filed the following documents: (1) **ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**; and (2) (this) **CERTIFICATE OF SERVICE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**
Kevin G. Clarkson
310 K. Street, Suite 601
Anchorage, Alaska 99501
907-258-2000
Email: kclarkson@brenalaw.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 21st day of March, 2006, at Seattle, Washington.

_Lori J. Hargrave_
LORI J. HARGRAVE
REED McCLURE
601 Union Street, Ste. 1500
Seattle, WA 98101-1363
Tel: 206/292-4900
Fax: 206/223-0152
Email: lhargrave@rmlaw

ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY
RELIEF - 7

067690 094243\#117840.doc

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152