Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TESORO ALASKA COMPANY | ) | |
| | ) | |
| Plaintiff(s) | ) | Case No.  3:06-CV-00020-TMB |
| vs | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant(s) | ) ) | SCHEDULING AND PLANNING CONFERENCE REPORT |

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on April 7, 2006, and was attended by:

    Kevin G. Clarkson    Attorney for Plaintiff Tesoro Alaska Company

    Earl M. Sutherland    Attorney for Defendant St. Paul Fire and Marine Insurance Company

The parties recommend the following:

2.   **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

    ____   have been exchanged by the parties

    _X_   will be exchanged by the parties by **May 8, 2006.**

    Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

    Preliminary witness lists

    _X_   will be exchanged by the parties by **May 8, 2006.**

3.   **Contested Issues of Fact and Law.**   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

**Contractual Interpretation; Insurance Policy Interpretation; Insurance Contractual Defenses; Waiver; Estoppel; Rights to Independent Counsel; Insurance Coverage**

4.   **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

**Contractual Interpretation; Insurance Policy Interpretation; Insurance Contractual Defenses; Waiver; Estoppel; Rights to Independent Counsel; Insurance Coverage; Tesoro's Other Insurance; Interrogatories; Production before Depositions.  Both parties reserve the right to raise objections to discovery requests and by providing this list, do not waive any objections to discovery.**

B. All discovery commenced in time to be completed by **January 27, 2007.** ("discovery close date").

C.  Limitations on Discovery.

1.   Interrogatories

   **X**   No change from F.R.Civ.P. 33(a)

2.   Requests for Admissions.

   **X**   No change from F.R.Civ.P. 36(a).

3.   Depositions.

   **X**   No change from F.R.Civ.P. 36(a), (d).

D.   Reports from retained experts.

   **X**   Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

__X__  Reports due:

From plaintiff **- September 1, 2006**     From defendant  - **October 2, 2006**

E.  Supplementation of disclosures and discovery responses are to be made:

__X__  As new information is acquired, but not later than 60 days before the close of discovery.

F.  A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

__X__  45 days prior to the close of discovery.

5. **Pretrial Motions**.

__X__  No change from D.Ak. LR 16.1(c).  **Except that motions to amend pleadings or add parties shall be filed not later than September 8, 2006.**

6. **Other Provisions**:

A.  __X__  The parties do not request a conference with the court before the entry of the scheduling order.

B.  Alternative Dispute Resolution.  [D.Ak. LR 16.2]

__X__  The parties will file a request for alternative dispute resolution not later than **close of discovery (January 27, 2007)**.

__X__  Mediation     ____  Early Neutral Evaluation

C.  The parties  ____ do  __X__ do not consent to trial before a magistrate judge.

D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

__X__  **All parties will comply by May 8, 2007.**

7. **Trial**.

    A.    The matter will be ready for trial:

        ____ 45 days after the discovery close date.

        _X_ not later than **March, 2007**.

    B.    This matter is expected to take **6** days to try.

    C.    Jury Demanded ___ Yes _X_ No

        Right to jury trial disputed? ___ Yes _X_ No

Dated: April 18, 2006

BRENA, BELL & CLARKSON, P.C.
Attorneys for Plaintiff
Tesoro Alaska Company

By /s/ Kevin G. Clarkson
    Kevin G. Clarkson
    ABA No. 8511149
    310 K Street, Suite 601
    Anchorage, AK 99501
    (907) 258-2000 - Telephone
    (907) 258-2001 - Facsimile
    E-mail: kclarkson@brenalaw.com

REED McCLURE
Attorneys for Defendant
St. Paul Fire and Marine Insurance Company

By /s/ Earl M. Sutherland
    Earl M. Sutherland
    ABA No. 8111132
    Two Union Square
    601 Union Street, Suite 1500
    Seattle, WA 98101-1363
    (206) 386-7045 - Telephone
    (206) 223-0152 - Facsimile
    E-mail: esutherland@rmlaw.com