Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |

### NOTICE PURSUANT TO ORDER REQUIRING STATUS REPORT
### FOR CASES REASSIGNED TO THE HONORABLE TIMOTHY M. BURGESS
(Document 9, filed 5/09/2006)

Pursuant to the Court's Order Requiring Status Report for Cases Reassigned to the Honorable Timothy M. Burgess, the undersigned counsel hereby notifies the Court that on April 18, 2006, at Document 7-1, the parties' Scheduling and Planning Conference Report was filed, and contains therein the information requested in the Court's Order of May 9, 2006.

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

Notice Pursuant to Order Requiring Status Report for Cases Reassigned to the Honorable Timothy M. Burgess
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

DATED this 23rd day of May, 2006.

        BRENA, BELL & CLARKSON, P.C.
        Attorneys for Plaintiff
        Tesoro Alaska Company

By    /s/ Kevin G. Clarkson
      ABA No. 8511149
      310 K Street, Suite 601
      Anchorage, AK 99501
      (907) 258-2000 - Telephone
      (907) 258-2001 - Facsimile
      E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on May 23, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

_____
/s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

Notice Pursuant to Order Requiring Status Report for Cases Reassigned to the Honorable Timothy M. Burgess
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2