Earl M. Sutherland, Esq.
REED MCCLURE
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363

Attorneys for St. Paul Fire and
Marine Insurance Company

HONORABLE TIMOTHY M. BURGESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>  Defendant. | NO. 3:06-CV-00020 (TMB)<br><br>INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) OF DEFENDANT ST. PAUL |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), the defendant St. Paul Fire and Marine Insurance Company ("St. Paul") submits its initial disclosures as follows:

(A) St. Paul adopts the disclosure of the name, address and telephone number of any individuals identified by the plaintiff in its initial disclosures as persons likely to have discoverable information supporting St. Paul's position on the issues identified by the parties for trial in this case.

St. Paul discloses as witnesses the following persons:

INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) OF
DEFENDANT ST. PAUL - 1

067690 094243\#124858

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

(1) Donald J. Stoeckel, Claim Representative, Commercial Construction Claims for St. Paul, c/o Reed McClure, regarding all issues.

(2) Kevin Clarkson, regarding independent counsel issues.

(3) Paul Stockler, 705 Christensen Drive, Anchorage, AK 99501; 907-277-8564, regarding independent counsel issues.

(4) Eric Sanders, Jeffrey Jefferson, regarding independent counsel issues.

(5) Mike Fallon, Wilder Construction Company, or other representative of Wilder most knowledgeable about the terms of the Asphalt Sales Contract between Wilder and Tesoro and the issues pertaining to it.

(6) Representative of Tesoro most knowledgeable about the terms of the Asphalt Sales Contract between Wilder and Tesoro and the issues pertaining to it.

(7) Representative of Tesoro most knowledgeable about the existence of other insurance available to Tesoro for the *Rogers* wrongful death suit.

St. Paul reserves its right to supplement this disclosure as other witnesses become known through investigation and/or discovery.

(B) The following is a description of the documents that St. Paul may use to support its position with respect to the issues for trial identified by the:

(1) St. Paul policy no. KK08400407, effective April 1, 2004, insuring Wilder Construction Company.

(2) Tesoro Asphalt Sales Contract no. 40008078.

(3) Certificate of Liability Insurance, dated 4/1/04, and attached forms, provided on behalf of Wilder to Tesoro (produced to Mr. Clarkson by St. Paul under cover of November 17, 2005 letter from Mr. Sutherland).

INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) OF
DEFENDANT ST. PAUL - 2

067690 094243\#124858

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900   FAX (206) 223-0152

(4) Correspondence received or sent by Wilder or St. Paul or its representatives from or to Tesoro or Mr. Clarkson between the initial notice of claim dated July 25, 2005 and letter from Mr. Clarkson to Mr. Stoeckel dated March 3, 2006.

St. Paul has withheld all documents to or from counsel, including any e-mail correspondence, under claim of attorney-client privilege. St. Paul also claims protection from discovery for any internal documents generated after it received notice of claim of Additional Insured status from Mr. Clarkson in August 2005 as documents and materials prepared in anticipation of litigation.

(C) St. Paul makes no claim for damages in this case, but reserves its right to claim entitlement to Alaska Civil Rule 82 attorney fees and costs as the prevailing party.

(D) There no insurance agreement under which a person may be liable to satisfy part or all of a judgment against St. Paul in this case.

DATED this 30th day of May, 2006.

REED McCLURE

/s/ Earl M. Sutherland
Earl M. Sutherland   ABA #8111132
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA  98101-1363
Email: esutherland@rmlaw.com

Attorneys for St. Paul Fire and Marine Insurance Company

INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) OF
DEFENDANT ST. PAUL - 3

067690 094243\#124858

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152

## CERTIFICATION OF SERVICE

I, Lisa Bass, hereby certify as follows:

I am employed in the County of King, State of Washington, I am over the age of 18 and not a party to the within action. My business and place of employment is REED McCLURE, Two Union Square, 601 Union Street, Suite 1500, Seattle, Washington, 98101.

On June 2, 2006, I electronically filed the following documents: (1) **INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) OF DEFENDANT ST. PAUL**; and (2) (this) **CERTIFICATE OF SERVICE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**
Kevin G. Clarkson
310 K. Street, Suite 601
Anchorage, Alaska 99501
907-258-2000
Email: kclarkson@brenalaw.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 5th day of June, 2006, at Seattle, Washington.

_____
Lisa Bass, Legal Secretary
REED McCLURE
601 Union Street, Ste. 1500
Seattle, WA 98101-1363
Tel: 206/292-4900
Fax: 206/223-0152
Email: lbass@rmlaw.com

INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) OF
DEFENDANT ST. PAUL - 4

067690 094243\#124858

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152