Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, )<br>  )<br>              Plaintiff, )<br>  )<br>  v. )<br>  )<br>ST. PAUL FIRE AND MARINE )<br>INSURANCE COMPANY, )<br>  )<br>              Defendant. )<br>_____) | Case No. 3:06-CV-00020-TMB |

## TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT

Comes Now the Plaintiff, Tesoro Alaska Company, by and through its attorneys, Brena, Bell & Clarkson, P.C., and moves the court for an order pursuant to Fed. R. Civ. P. 15(a) allowing it to amend its complaint in this action to add a claim for reformation of the relevant Endorsement and Liability Insurance Policy based upon mutual mistake of fact.

This motion is supported by the Memorandum of Law filed herewith. Tesoro Alaska Company's First Amended Complaint is submitted herewith and lodged with the court.

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

DATED this 23rd day of August, 2006.

>BRENA, BELL & CLARKSON, P.C.
>Attorneys for Plaintiff
>Tesoro Alaska Company
>
>By  /s/ Kevin G. Clarkson
>   ABA No. 8511149
>   310 K Street, Suite 601
>   Anchorage, AK 99501
>   (907) 258-2000 - Telephone
>   (907) 258-2001 - Facsimile
>   E-mail: kclarkson@brenalaw.com

Certificate of Service

I hereby certify that on August 23, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2