Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TESORO ALASKA COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ST. PAUL FIRE AND MARINE ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:06-CV-00020-TMB |

**[PROPOSED] ORDER GRANTING
TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT**

Having considered Plaintiff Tesoro Alaska Company's Motion to Amend Complaint, any opposition thereto, and good cause otherwise being shown;

NOW, THEREFORE, IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 15, Tesoro's motion is GRANTED.

The Clerk of Court is directed to accept plaintiff's First Amended Complaint for filing as of the date of this order, and defendants shall respond to the First Amended Complaint as provided in the Federal Rules of Civil Procedure.

**BRENA, BELL &
CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

DATED _____.

_____
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

**Certificate of Service**

I hereby certify that on August 23, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

**BRENA, BELL &
CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2