Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____) | |

### TESORO ALASKA COMPANY'S MEMORANDUM OF LAW
### IN SUPPORT OF MOTION TO AMEND COMPLAINT

Plaintiff, Tesoro Alaska Company, asks the court for leave pursuant to Fed. R. Civ. P. 15(a) to amend its complaint in this action so as to add a claim for reformation of the relevant Endorsement and Liability Insurance Policy based upon mutual mistake of fact. Tesoro Alaska should be granted leave to file its First Amended Complaint, a copy of which is filed herewith and lodged with the court, because (1) Fed. R. Civ. P. 15(a) provides that amendments to pleadings should be "freely" allowed when justice so requires [See Foman v. Davis, 371 U.S. 178 (1962); (2) Tesoro Alaska's motion is timely filed because this Court's Scheduling and Planning Order filed

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

May 4, 2006, allows the parties until September 8, 2006 to amend pleadings and join parties; and (3) Tesoro Alaska's amended claim for reformation of the Endorsement and Liability Policy is a viable claim recognized in Alaska law [See Simmons v. Insurance Company of North America, 17 P.3d 56, 63-64 (Alaska 2001)].

## CONCLUSION

For the reasons stated above, Tesoro Alaska's Motion to Amend should be granted and its First Amended Complaint should be accepted as filed as of the date of the court's order granting this Motion. St. Paul should be required to respond to the First Amended Complaint pursuant to the applicable Federal Rules of Civil Procedure.

DATED this 23rd day of August, 2006.

>BRENA, BELL & CLARKSON, P.C.
>Attorneys for Plaintiff
>Tesoro Alaska Company
>
>By     /s/ Kevin G. Clarkson
>       ABA No. 8511149
>       310 K Street, Suite 601
>       Anchorage, AK 99501
>       (907) 258-2000 - Telephone
>       (907) 258-2001 - Facsimile
>       E-mail: kclarkson@brenalaw.com

**Certificate of Service**
I hereby certify that on August 23, 2006,
a copy of the foregoing document was served
electronically upon:
    (Attorney for St. Paul Fire & Marine)
    Earl M. Sutherland, Esq.
    601 Union Street, Suite 1500
    Seattle, WA 98101-1363
    E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2