Earl M. Sutherland, Esq.
REED MCCLURE
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363

Attorneys for St. Paul Fire and
Marine Insurance Company

HONORABLE TIMOTHY M. BURGESS

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendant. | NO. 3:06-CV-00020-TMB<br><br>STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT |

Come now the parties and stipulate and agree that St. Paul may have until September 18, 2006 to file a response to the motion to amend by plaintiff Tesoro. The extra time is necessitated by the time constraints of defense counsel, including jury duty in King County, Washington, Superior Court. The requested extension should not impact in any way the present case schedule.

////

////

////

////

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION TO AMEND COMPLAINT - 1

067690 094243\#135633

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

DATED this 8th day of September, 2006.

| REED McCLURE | BRENA, BELL & CLARKSON, P.C. |
|---|---|
| /s/ Earl M. Sutherland | /s/ Kevin G. Clarkson |
| Earl M. Sutherland, ABA #8111132 | Kevin G. Clarkson |
| Two Union Square | ABA No. 8511149 |
| 601 Union Street, Ste. 1500 | 310 K. Street, Suite 601 |
| Seattle, WA 98101-1363 | Anchorage, AK 99501 |
| (206) 292-4900 – Telephone | (907) 258-2000 – Telephone |
| (206) 223-0152 - Fax | (907) 258-2001 – Facsimile |
| Email: esutherland@rmlaw.com | E-mail: kclarkson@brenalaw.com |
| Attorneys for St. Paul Fire and Marine Insurance Company | Attorneys for Tesoro Alaska Company |

**Certificate of Service**

I hereby certify that on September 8, 2006, a copy of the foregoing document was served electronically upon:

(Attorney for Tesoro Alaska Company)
Kevin G. Clarkson
310 K. Street, Suite 601
Anchorage, AK 99501
E-mail: kclarkson@brenalaw.com

/s/ Earl M. Sutherland

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION TO AMEND COMPLAINT - 2

067690 094243\#135633

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152