Earl M. Sutherland, Esq.
REED MCCLURE
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363

Attorneys for St. Paul Fire and
Marine Insurance Company

HONORABLE TIMOTHY M. BURGESS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| TESORO ALASKA COMPANY, | NO. 3:06-CV-00020-TMB |
|---|---|
| Plaintiff, | ORDER ON STIPULATION |
| vs. | [PROPOSED] |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant. | |

### ORDER

THIS MATTER having come before the Court on the parties' Stipulation Regarding Extension of Time to Respond to Plaintiff's Motion to Amend Complaint,

IT IS HEREBY ORDERED that St. Paul may have until September 18, 2006 to file a response to the Motion to Amend Complaint by plaintiff Tesoro.

DATED this _____ day of September, 2006.

_____
THE HONORABLE TIMOTHY BURGESS
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER ON STIPULATION - 1

067690 094243\#135711

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

**Certificate of Service**

I hereby certify that on September 8, 2006, a copy of the foregoing document was served electronically upon:

(Attorney for Tesoro Alaska Company)
Kevin G. Clarkson
310 K. Street, Suite 601
Anchorage, AK 99501
E-mail: kclarkson@brenalaw.com

/s/ Earl M. Sutherland

[PROPOSED] ORDER ON STIPULATION - 2

067690 094243\#135711

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152