# EXHIBIT A

TO: PARKER SMITH & FEEK          FROM: WILDER CONSTRUCTION COMPANY
    Attn: LINDA LIRA/SHELLY CARDIEL          Anchorage, AK
    FAX 425-709-7460                         Ph. (907) 344-2593 / FAX (907) 344-1562

# INSURANCE CERTIFICATE REQUEST

Date Ordered:    FEBRUARY 16, 2004          Ordered By: KATHY URQUHART

Contract:    TESORO ASPHALT SALES CONTRACT

Owner :      TESORO REFINING AND MARKETING COMPANY
             ASPHALT MARKETING
             P.O. BOX 700
             10200 WEST MARCH POINT ROAD
             ANACORTES, WA  98221

             ATTN: RANDY CHRISTIAN

Contract Date:    ONGOING

Insurance Requirements:    ATTACHED          Special Requirements: _____
                                                  (# of copies, form, etc)

LINDA –
THIS IS FOR ONGOING SALES CONTRACTS.  WILL YOU PLEASE SEND THE ORIGINAL TO
RANDY @ TESORO WITH A COPY TO ME.  IF YOU HAVE ANY QUESTIONS PLEASE CALL ME.
THANKS,



EXHIBIT # 2
Cardiel
7/21/06
Janice Tegard



**TESORO**

Tesoro Refining and Marketing Company
Asphalt Marketing
P. O. Box 700
10200 West March Point Road
Anacortes, WA 98221

February 9, 2004

**Wilder Construction Company**
Attn: David Dickhaus
11301 Lang Street
Anchorage, AK 99515-3006

Dear Mr. Dickhaus,

Pursuant to the Tesoro Asphalt Sales Contract entered into by your company with Tesoro Refining and Marketing Company, please direct your attention to paragraph 9(f) of that document. It reads:

"Buyer or Buyer's representative shall carry the following insurance as a condition to entry onto Seller's premises: (1) Worker's Compensation Insurance and Employer's Liability Insurance to cover statutory limits of the Worker's Compensation Laws of the state where delivery takes place; (2) Commercial General Liability Insurance with minimum limits of $2,000,000 combined single limit per occurrence for bodily injury and property damage liability; and (3) Automobile bodily injury and property damage liability insurance with minimum limits of $2,000,000 combined single limit per occurrence, covering all owned and non-owned, hired vehicles. Such insurance shall be primary coverage, shall include a waiver of subrogation against Seller and shall name Seller as an additional insured. Buyer or Buyer's representative shall furnish a certificate of insurance to Seller prior to entering Seller's premises, which certificate shall contain a provision stating the issuing company will endeavor to give Seller ten (10) days prior written notice in event of cancellation or material change in the insurance."

Please have your insurance agent forward to my attention a certificate of insurance as outlined above within the next 15 days.

Thank you for your prompt attention to this matter.

Sincerely,

Randy Christian
Manager, Commercial Marketing, Asphalt
Tesoro Refining and Marketing Company
(360) 293-1692