Earl M. Sutherland, Esq.
REED MCCLURE
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363

Attorneys for St. Paul Fire and
Marine Insurance Company

HONORABLE TIMOTHY M. BURGESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| TESORO ALASKA COMPANY, | |
|---|---|
| Plaintiff, | NO. 3:06-CV-00020 (TMB) |
| vs. | [PROPOSED] ORDER ON MOTION TO AMEND COMPLAINT |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | |
| Defendant. | |

THIS MATTER having come before the Court on Plaintiff's Motion to Amend Complaint, and the Court having considered the motion, memorandum, opposition and any reply thereto, including, materials on file with the Court and being otherwise advised in the premises

IT IS ORDERED that plaintiff's Motion to Amend is hereby DENIED.

_____

UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER ON MOTION TO
AMEND COMPLAINT - 1

«Matter Matter ID»\#136611

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152