Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>ST. PAUL FIRE AND MARINE   )<br>INSURANCE COMPANY,   )<br>)<br>Defendant.   )<br>_____ ) | Case No. 3:06-CV-00020-TMB |

### TESORO ALASKA COMPANY'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT
### [Count 1 – Additional Insured Coverage]

Comes Now the Plaintiff, Tesoro Alaska Company ("Tesoro Alaska"), by and through its attorneys, Brena, Bell & Clarkson, P.C., and moves the Court for an order pursuant to Fed. R. Civ. P. 56 granting it partial summary judgment against Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") with respect to Count 1 of the Complaint. There are no genuine issues of material fact and Tesoro Alaska is entitled to judgment as a matter of law on the uncontested facts. Tesoro Alaska supports this motion with its Memorandum of Points and Authorities, affidavits, and exhibits filed herewith.

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

DATED this 22nd day of September, 2006.

>BRENA, BELL & CLARKSON, P.C.
>Attorneys for Plaintiff
>Tesoro Alaska Company
>
>By   /s/ Kevin G. Clarkson
>    ABA No. 8511149
>    310 K Street, Suite 601
>    Anchorage, AK 99501
>    (907) 258-2000 - Telephone
>    (907) 258-2001 - Facsimile
>    E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on September 22, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

　　　/s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2