Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TESORO ALASKA COMPANY, ) ) Plaintiff, ) ) v. ) ) ST. PAUL FIRE AND MARINE ) INSURANCE COMPANY, ) ) Defendant. ) _____) | Case No. 3:06-CV-00020-TMB |

**[PROPOSED]
ORDER GRANTING
TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]**

Having considered Plaintiff Tesoro Alaska Company's Motion for Partial Summary Judgment, any opposition thereto, and for good cause otherwise appearing,

Now, therefore, it is hereby ordered that the motion is GRANTED.

Pursuant to Fed. R. Civ. P. 56, partial summary judgment is hereby granted in favor of Tesoro Alaska Company, and against Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") with respect to Count 1 of the Complaint - Additional Insured Coverage.

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

Tesoro Alaska Company is hereby declared an additional insured on the Wilder General Liability Insurance Policy under Endorsement GO322, and Tesoro is declared to have additional protected person insurance coverage, both defense and indemnity, from St. Paul under that Endorsement with respect to all claims related to the death of Larry D. Rogers on October 6, 2004.

Judgment shall issue consistent with this order.

DATED _____.

_____
THE HONORABLE TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

**Certificate of Service**

I hereby certify that on September 22, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

    /s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2