Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |

**TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**[Count 1 – Additional Insured Coverage]**

**EXHIBITS**
**TABLE OF CONTENTS**

| Exhibit 1 | Tesoro Asphalt Sales Contract No. 40008078, dated July 7, 2004 |
|---|---|
| Exhibit 2 | Additional Protected Persons Endorsement - Contractors General Liability - Including Completed Work<br>    St. Paul Fire and Marine Insurance Company<br>    Policy Number: KK08400407 (Form G0322 Rev. 12-97)<br>    Name of Insured: Wilder Construction Company<br>    Effective Date: 04/01/04 |
| Exhibit 3 | Complaint, dated June 3, 2005<br>    Rogers v. Tesoro, Case No. 3KN 05-388 Civil |

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Count 1 – Additional Insured Coverage]
EXHIBITS - TABLE OF CONTENTS
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

| | |
|---|---|
| Exhibit 4 | Inspection Narrative, dated February 24, 2005<br>    Alaska Department of Labor, Occupational Safety and Health<br>Inspection Nr. 305764870<br>Opt. Case Number: 0127-04<br>Establishment Name: Tesoro Alaska Company Incorporated |
| Exhibit 5 | Truck Manifest, dated October 6, 2004<br>    Shipper: Tesoro Alaska Petroleum<br>    Customer: Central Paving |
| Exhibit 6 | Uniform Straight Bill of Lading No. 233609, dated October 6, 2004<br>    Weaver Bros., Inc. |
| Exhibit 7 | Certificates of Liability Insurance<br>    Dated: February 18, 2004 and April 1, 2004<br>    Producer: Parker Smith & Feek, Inc.<br>    Insured: Wilder Construction Company<br>    Insurer: St. Paul Fire and Marine Insurance Company |
| Exhibit 8 | Michael Fallon Deposition Transcript (Partial)<br>    August 1, 2006 |
| Exhibit 9 | Shelley R. Cardiel Deposition Transcript (Partial)<br>    July 31, 2006 |
| Exhibit 10 | Shawn T. Brown Deposition Transcript (Partial)<br>    August 3, 2005 |

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Count 1 – Additional Insured Coverage]
EXHIBITS - TABLE OF CONTENTS
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2