ADDITIONAL PROTECTED PERSONS ENDORSEMENT – CONTRACTORS   TheStPaul
GENERAL LIABILITY – INCLUDING COMPLETED WORK

This endorsement changes your Contractors Commercial General Liability Protection.

* This is not a certified copy of any policy form. * Actual policy provisions may differ. *

### How Coverage Is Changed

There are two changes which are described below.

1. The following is added to the Who Is Protected Under This Agreement section. This change adds certain protected persons and limits their protection.

   **Additional protected person.** The person or organization named below is an additional protected person as required by a contract or agreement entered into by you. But only for covered injury or damage arising out of:
   - your work for that person or organization;
   - your completed work for that person or organization if your contract or agreement requires such coverage;
   - premises you own, rent, or lease from that person or organization; or
   - your maintenance, operation, or use of equipment leased from that person or organization.

   We explain what we mean by your work and your completed work in the Products and completed work total limit section.

   If the additional protected person is an architect, engineer, or surveyor, we won't cover injury or damage arising out of the performance or failure to perform architect, engineer, or surveyor professional services.

   *Architect, engineer, or surveyor professional services* includes:
   - the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, or specification; and
   - supervisory, inspection, or engineering services.

2. The following is added to the Other primary insurance section. This change broadens coverage.

   We'll consider this insurance to be primary to and non-contributory with the insurance issued directly to additional protected persons listed below if:
   - your contract specifically requires that we consider this insurance to be primary or primary and non-contributory; or
   - you request before a loss that we consider this insurance to be primary or primary and non-contributory insurance.

### Other Terms

All other terms of your policy remain the same.

---

**Person Or Organization:**
Any person or organization that you agree in a written contract or agreement to add as an additional protected person. But we won't apply this endorsement to your maintenance, operation, or use of equipment leased from that person or

---

| **Name of Insured** | **Policy Number** KK08400407 | **Effective Date** 04/01/04 |
|---|---|---|
| WILDER CONSTRUCTION COMPANY | | **Processing Date** 04/14/04 14:50 001 |

G0322 Rev. 12-97 Printed in U.S.A.   Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved   Page 1 of 2

The St Paul

organization.  Instead, we'll apply the Equipment Lessors section to them.

" This is not a certified copy of any policy form. " Actual policy provisions may differ. "