IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

BONNIE L. ROGERS, Individually, and )
as Personal Representative of the Estate )
of Larry D. Rogers, )
                                                        )
                  Plaintiff, )
                                                        )
vs. )
                                                         )
TESORO ALASKA COMPANY, and )
SHAWN BROWN, )
                                                         )
                  Defendants. )
_____)  Case No. 3KN-05-_____ CI

## COMPLAINT

COMES NOW the plaintiff, Bonnie L. Rogers, individually, and as Personal Representative of the Estate of Larry D. Rogers, by and through her attorneys of record, THE JEFFERSON LAW OFFICE, and for her causes of action against the defendants, and each of them, complains and alleges as follows:

### FIRST CAUSE OF ACTION

I

At all times pertinent hereto Bonnie and Larry Rogers were residents of the State of Alaska, domiciled in Kenai, Alaska. Bonnie Rogers has been appointed Personal Representative of the Estate of Larry Rogers. (See attached Letters of Administration and Appointment.)

II

At all times pertinent hereto, the defendant, Shawn Brown was an Alaska resident, and Tesoro Alaska Company (hereinafter Tesoro) was a foreign corporation doing business in the State of Alaska.

*The*
**JEFFERSON**
*Law Office*

215 Fidalgo Ave.
Suite 201
Kenai, Alaska
99611-7776

Telephone
(907) 283-9187

Facsimile
(907) 283-5389

### III

Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, defendants, and each of them, were the agents, servants and employees of each and every other defendant, and in actions hereinafter alleged, were acting within the course and scope of said agency, servitude and employment.

### IV

That on or about October 6, 2004, Larry Rogers was employed by Doyle's Fuel Service, Inc. as a senior line driver.

### V

That on or about October 6, 2004, defendant Shawn Brown was an employee of Tesoro, employed in the capacity of pipeline and terminals manager. The Tesoro Alaska Company Refinery industrial facility was owned, designed, constructed, maintained, operated, supervised and controlled by defendant Tesoro.

### VI

On or about October 6, 2004, Larry Rogers, while in the course and scope of his employment for Doyle's Fuel Service, Inc., was in the process of loading a tanker with hot asphalt at the Tesoro Alaska Refinery hot asphalt loading rack. Prior to the date of the accident, Tesoro had changed its practice and was not providing Tesoro support personnel to assist in the loading operation. The loading operation required Mr. Rogers to access the top of the tanker trailer in order to open the tanker covers and place a mechanical arm for the delivery of the hot asphalt product. The distance from the tanker catwalk to the ground was approximately 11 feet. There was no fall protection system or personal fall protection equipment available and/or in place at the loading rack.

The
JEFFERSON
Law Office

215 Fidalgo Ave.
Suite 201
Kenai, Alaska
99611-7776

Telephone
(907) 283-9187

Facsimile
(907) 283-5389

*Complaint - Page 2*

VII

The defendants, and each of them, were under a duty of care which was breached, being negligent in the following particulars:

1) in failing to provide a work place free of unreasonable hazards;

2) in failing to provide an adequate fall protection system at the Tesoro hot asphalt loading rack;

3) in failing to establish, follow and enforce safe work premise inspection procedures;

4) in failing to provide proper supervision, support, direction and oversight of asphalt loading operations; and,

5) Defendants, and each of them, were otherwise negligent at said time and place.

VIII

As a direct and legal result of the negligence of defendants, and each of them, Larry Rogers was violently injured and suffered pain and suffering and thereafter died.

## SECOND CAUSE OF ACTION

IX

The plaintiff realleges paragraphs I through VIII of her First Cause of Action as though set forth fully and completely herein.

X

The defendants, and each of them, were *negligent per se* in failing to provide protective equipment at the Tesoro Alaska Company refinery hot asphalt loading rack in violation of 29 CFR 1910.132(A).

The
JEFFERSON
Law Office

215 Fidalgo Ave.
Suite 201
Kenai, Alaska
99611-7776

Telephone
(907) 283-9187

Facsimile
(907) 283-5389

*Complaint - Page 3*

### THIRD CAUSE OF ACTION

#### XI

The plaintiff realleges paragraphs I through X of her First and Second Causes of Action as though set forth fully and completely herein.

#### XII

That the acts and omissions of the defendants, and each of them, as alleged in plaintiff's First Cause of Action, were outrageous and undertaken with reckless indifference to the safety of others, including Larry Rogers, thereby entitling plaintiff to an award of punitive damages.

WHEREFORE, plaintiff prays for judgment against the defendants, and each of them, as follows:

1. For compensatory, general and punitive damages as allowed by AS 09.55.580 in an amount in excess of $100,000.00, to be proven at the time of trial.

2. For prejudgment interest, costs and attorney's fees incurred in the prosecution of this litigation.

3. For such other and further relief as the Court deems just and proper.

DATED this 3 day of June, 2005, at Kenai, Alaska.

THE JEFFERSON LAW OFFICE
Attorneys for Plaintiff

By: _____
Jeffrey D. Jefferson - ABA #7612148

The
JEFFERSON
Law Office

215 Fidalgo Ave.
Suite 201
Kenai, Alaska
99611-7776

Telephone
(907) 283-9187

Facsimile
(907) 283-5389

Complaint - Page 4

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT
AT KENAI

In the Matter of the Estate )
)
of )
)
LARRY DWAIN ROGERS, )
)
Deceased. )
)

Case No. 3KN-04-205 PR/E

LETTERS OF ADMINISTRATION AND ACCEPTANCE

BONNIE L. ROGERS is hereby appointed Personal Representative of the ESTATE OF LARRY DWAIN ROGERS, who died leaving property (a wrongful death claim ) in the State of Alaska.

DATED at Kenai, Alaska, this 15th day of NOV, 2004.

_____
SUPERIOR COURT JUDGE

STATE OF ALASKA )
:ss
THIRD JUDICIAL DISTRICT )

BONNIE L. ROGERS, being first duly sworn upon oath, deposes and says:

CHARLES T. HUGUELET

NOV 0 5 2004

Law Office
DALE DOLIFKA
P. O. Box 498
Soldotna, Alaska 99669
907 262 2910

LETTERS OF ADMINISTRATION AND ACCEPTANCE
ESTATE OF LARRY DWAIN ROGERS
Page 1 of 3

I hereby acknowledge and understand that my duties as Personal Representative of the ESTATE OF LARRY DWAIN ROGERS are as follows and I accept the duties and liabilities that accompany this appointment:

(a)  Take possession and control of decedent's property as required by AS 13.16.380, and determine the liabilities of the estate, and complete an inventory as required by AS 13.16.365;

(b)  Keep the court informed in writing of the Personal Representative's address and telephone number as required by Probate Rule 8;

(c)  Provide notices to appropriate parties as required by AS 13.16.360, except as provided by AS 13.16.690;

(d)  File returns for state estate taxes if required by AS 43.31.121 and AS 43.31.250;

(e)  Provide actual notice to known creditors, publish notices as required by AS 13.16.450, and review and either accept or reject claims as required by AS 13.16.455 - .515;

Law Office
DALE DOLIFKA
P. O. Box 498
Soldotna, Alaska 99669
907 262 2910

LETTERS OF ADMINISTRATION AND ACCEPTANCE
ESTATE OF LARRY DWAIN ROGERS
Page 2 of 3

Exhibit 3, Page 6 of 7

FILED In Trial Courts,
State of Alaska, Third District
at KENAI, ALASKA

NOV 0 5 2004

Clerk of the Trial Courts

By _____ Deputy

  (f) Pay allowances as required by AS 13.12.401 - 405, costs of administration and other claims as required under AS 13.16.470, and distribute the assets of the estate;

  (g) Close the estate as soon as appropriate as required by AS 13.16.620 - .670;

  (h) Provide a Preliminary Inventory and Appraisement of the Estate of LARRY DWAIN ROGERS within thirty (30) days; and

_BLR_ BLR

  (i) Provide the final accounting and distribution to DALE DOLIFKA, ATTORNEY AT LAW, before the Estate is closed.

_BLR_ BLR

_____
BONNIE L. ROGERS

SUBSCRIBED AND SWORN TO before me this 4th day of _____, 2004.

_____
NOTARY PUBLIC, State of Alaska
My Commission Expires: 4-18-05

Law Office
DALE DOLIFKA
P. O. Box 498
Kenai, Alaska 99669
907 262 2910

LETTERS OF ADMINISTRATION AND ACCEPTANCE
ESTATE OF LARRY DWAIN ROGERS
Page 3 of 3

Exhibit 3, Page 7 of 7