# Inspection Narrative

Thu Feb 24, 2005 9:28am

| Inspection Nr. | 305764870 |
|---|---|
| Opt. Case Number | 0127-04 |

| Establishment Name | **Tesoro Alaska Company Incorporated** | | |
|---|---|---|---|
| Legal Entity | A. Corporation | Type of Business | Oil Refinery |

| Additional Citation Mailing Addresses |
|---|
| |

| Organized Employee Groups |
|---|
| |

| Authorized Employee Representatives |
|---|
| |

| Employer Representatives Contacted | | | |
|---|---|---|---|
| Name | Title | Function | Walk Around? |
| **Steve Hoogland** | **Safety Manager** | I O | Y |
| **Rolf Manzek** | **Operations Manager** | I O | |
| **Paul Samora** | **Oil Movements Supv.** | I O | Y |
| **Dennis Rehkop** | **Corporate Safety Mrg** | I O | |

| Other Persons Contacted |
|---|
| |

| Entry | 10/06/04 | | First Closing Conference | 02/16/05 | |
|---|---|---|---|---|---|
| Opening Conference | 10/06/04 | | Second Closing Conference | | |
| Walkaround | 10/06/04 | | Exit | 10/07/04 | |
| | | | Case Closed | | |

| Penalty Reduction Factors | | | | | |
|---|---|---|---|---|---|
| Size | 0 | Good Faith | 15 | History | 0 |

| Followup Inspection? | Y | Reason | Serious, high gravity |
|---|---|---|---|

OSHA-1A(Rev. 6/93)

| Coverage Information/Additional Comments |
|---|

## SAFETY NARRATIVE

BUSINESS:    Tesoro Alaska Inc.
             54741 Tesoro Rd
             PO Box 3369.
             Kenai AK. 99611-3369

SITE LOCATION;  Tesoro's Asphalt Loading Rack
                54741 Tesoro Road
                Kenai AK. 99611-3369

Mr. Larry Rodgers.   Senior Line Driver, Doyle's Fuel Service. (deceased)
Mr. Dave Johnson     Safety Manager, Doyle's Fuel Service
Mr. Steve Hoogland   Safety Manager, Tesoro Alaska

On October 6th 2004 I was assigned the following accident investigation by John Stallone, Chief of Enforcement, Occupational Safety & Health Section. Mr. Larry Rodgers, senior line driver for Doyle's Fuel Service Inc. was in the process of loading his tanker truck with hot asphalt oil at the Tesoro Refinery's Asphalt Loading Rack located at 54741 Tesoro Road, Kenai Ak. After loading his first trailer Mr. Rodgers fell from the top of the tanker to the pavement. Mr. Rodgers received extensive injures from the fall and died at 11:17 AM at the Central Peninsula General Hospital. There were no witnesses to the accident.

Tesoro Alaska Company Inc. is considered the controlling employer per the OSHA Multi-Employer Citation Policy.

ACCIDENT DESCRIPTION:

On October 6th, 2004 Mr. Larry Rodgers, Senior Line Driver for Doyle's Fuel Service Inc. was in the process of loading one of his two tanker trailers with Hot Asphalt. He was loading at the Tesoro Alaska Refinery's Hot Asphalt Loading Rack located at 54741 Tesoro Road Kenai Ak.

Mr. Rodgers arrived and weighed in at 6:27 AM as recorded on the loading manifest.  He finished loading the second compartment of the main trailer at 6:59 AM. This was documented on the PI data logs.

At 8:10 AM Mr. Dusty Van Meter, Tesoro Alaska employee, found Mr. Rodgers. Mr. Van Meter was entering the Refinery by vehicle through the west lower Tank Farm Gate. He heard an unusual noise coming from the Asphalt Loading Rack. Upon investigating Mr. Van Meter discovered Mr. Rodgers lying on the walkway of the asphalt loading rack near the "dog house" door.  Mr. Rodgers was on the east side of the "dog house" near the driver's door.

Mr. Van Meter immediately radioed the Tesoro Tank Farm Control Room asking for an ambulance and assistance.  He then tried to stabilize and comfort Mr. Rodgers.

The Control Room notified the Nikiski Fire Department.  The ambulance arrived at the accident site at 8:20 AM. The ambulance transported Mr. Rodgers to Central Peninsula General Hospital for evaluation and treatment.

According the to the Alaska State Troopers Accident Report,(included in case file). Mr. Rodgers died at approximately 11:17 AM.

The following are the facts that were determined after the accident. Mr. Van Meter was the first person to arrive at the accident site. Tesoro employees discovered blood in the following locations: on the ground below the hatch of the trailer, on the ground going towards the east stairway, going up the stairs and below the grating where Mr. Rodgers was found.  A five gallon plastic bucket was discovered three feet from the pool of blood that was on the ground directly below the trailer's dome and catwalk.  The bucket was used to place the fill tube when the load was completed preventing the asphalt from dripping onto the truck or loading rack.  There were "brush marks" on the side of the tanker directly below the hatch and "cat walk". (Refer to pictures 2 &10). Mr. Rodgers was not wearing any fall protection at the time of the accident. Mr. Rodgers had not pulled the fill tube from the tanker and the shut off valve had been closed. Presumably by Mr. Rodgers.

From the above facts the likely scenario is that Mr. Rodgers fell from the tanker's cat walk, brushed the tanker's side during his fall, landed on the pavement below the tankers hatch, (north side) proceeded to the stairs climbed the stairs and fell just as he reached the door to the "dog house". This is where Mr. Van Meter found him.

OSHA-1A(Rev. 6/93)

The exact time of the accident cannot be determined. What is known is that Mr. Rodgers stopped filling the tanker at 6:59 AM.

Ms. Eileen Brail, Tesoro Alaska Lab Supervisor, said that she was a passenger in a car coming to work at approximately 7:40 AM and noticed someone in a crouched position on top of the trailer near the hatch. Ms. Brail is relatively sure of the time because she was concerned that she was late for work and had just checked the time before she passed the Loading Rack.

Mr. Van Meter did not find Mr. Rodgers until 8:10 AM.

See Tesoro Alaska Internal Accident Investigation Report, (included in case file),

Mr. Rodgers was coherent when Mr. Van Meter arrived.  When Mr. Van Meter asked Mr. Rodgers what had happened, he responded that he did not know what had happened, he did not know why he was bleeding and that he had a cramp that hurt his shoulder.

The ambulance EMT's and the Hospital Emergency Room Technicians also asked Mr. Rodgers what had happened and again was told that he did not know what had happened.

Summary of Mr. Rodgers injuries: (autopsy report included in case file).
-Multiple right rib fractures.
-Upper thoracic spinous process fractures.
-Large right hemothorax.
-Small left memothorax.


On Tuesday October 6th at 5:15 PM I arrived at the Tesoro Refinery.  Met
The following Tesoro Management:
-       Mr. Steve Hoogland, Tesoro Safety Manager.
-       Mr. Paul Samora ,    Tesoro Oils Movement Supt.
-       Mr. Rolf Nanzek,    Operations Manager.

We briefly discussed the circumstances with the accident. Initially, the accident site had not been secured due to the EMT"S evaluation and assessment that Mr. Rodgers would survive. The site had been sanitized for blood and had been put back into operations after the accident. Upon notification of the accident and Mr. Rodgers death I requested the site to be secured. It was isolated at 2:00 PM the day of the accident.

We adjourned after twenty minutes to visit and photograph the accident site.

At 7:00 PM after inspecting and photographing the accident site we decided to adjourn until the next morning. The truck and trailers that had been involved with the accident had been removed to the Doyle's office and yard located at 14223 Kenai Spur Highway, Kenai AK. 99611

At 8:00 PM 10/6/2004 I called Mr.Jim Doyle at his home. I asked Mr. Doyle to isolate the truck and tankers until I had the opportunity to inspect them the next day.

On Thursday October 7th I began opening conference with Mr. Hoogland. We discussed all of the items on the pre inspection guide lists and inspection guide lists

Requested copies of the OSHA 300 logs for 2002 and 2003, copy of the company's safety program and safety meeting minutes.

Mr. Johnson, Hoogland and Samora and I again inspected the accident site and took additional photographs.  At my request Tesoro had placed a similar tractor/trailer at the loading dock as a reference.

At this time it was agreed by Mr. Johnson and Hoogland that Doyle's Fuel Service nor Tesoro Alaska had not provided any fall protection system at the asphalt loading rack.




Mr. Johnson and I returned to the Doyle's office after lunch. With Mr. Doyle we inspected and photographed the truck and tankers.  I did not find anything unusual with the truck or tanker.

OSHA-1A(Rev. 6/93)

BACKGROUND INFORMATION

Mr. Rodgers was a fifty-six years old and according to the police report and autopsy in relatively good shape. His wife confirmed that Mr. Rodgers did have asthma and was taking medication (advair) at the time of the accident.

The weather on the morning of the incident was dark, cloudy and overcast.  The ambient temperature was 43 degrees F.  The wind was calm, and no rain, snow or ice was present.

Mr. Rodgers had worked for Doyle's Fuel Service since May 9th, 1994. He was the Senior Line Driver for the company. According to Dave Johnson  Mr. Rodgers had written the Asphalt Loading Rack SOP's for his company.

The tractor and trailers are owned by Weavers Brothers Inc. and leased to Doyle's Fuel Service Inc.  Both companies are owned by the same family :Mr. James H Dole (father), Mr. James C Doyle (son) and their respective wife's, Mrs. Triani Doyle and Mrs. Sharon Doyle.

Mrs. Rodgers said that it was her understanding that Tesoro Alaska had started providing a fall protection system at the Asphalt Loading Rack the day after the accident

Mr. George Erickson, Senior Field Case Officer for Amerisafe, American Interstate Insurance company confirmed that his company had sent two investigators to interview the two  Emergency Room Doctors who had treated Mr. Rodgers.  According to the company investigators Mr. Rodgers died from the injuries that he received from falling off the tanker. The Doctors testified that Mr. Rodgers had not died because he had refused a blood transfusion as earlier reported.


I called Mr. Dale Cavanaugh, Construction Manager for Region #10 (Federal OSHA) to review the case.  Mr. Cavanaugh recommended that Tesoro Alaska be cited under 29 CFR 1910. 132. (a) for failing to provide fall protection. Tesoro Alaska is considered the controlling employer per the OSHA Multi- Employer Citation Policy.
At Mr. Cavanaugh's suggestion I reviewed the case with Mr. Willy Robinson, OSHA Section Chief, in Washington DC. Mr. Robinson agreed with Mr. Cavanugh but recommended that Tesoro Alaska be designated the Controlling Employer rather than the Creating Employer.

Tesoro Alaska owned the loading rack and had general supervisory authority over the worksite. The Tesoro asphalt loading SOP required customer drivers to use specific PPE items when loading asphalt. (SOP is included in case file).  Tesoro Alaska has a full time Safety Manager working at the refinery.  Mr. Hoogland acknowledged that he had met with the Doyle's Fuel Service Operations and Safety Manager within six months prior to the accident and discussed the Tesoro PPE requirements.

Mr. Hoogland and Mr. Paul Samora, Tesoro Oils Movement Supt. both acknowledged that the company regularly monitored air quality at the loading rack.

The OSHA multi-employer citation policy specifically states that the Controlling Employer has the responsibility to exercise reasonable care in discovering and preventing violations. When a hazard is identified the company is responsible for correcting the hazard.

The Tesoro Company knew that there was a potential fall hazard at the asphalt loading rack. The company has a refinery and loading rack in Anacortes Washington. The company provided a fall protection system for the Anacortes loading rack. They provide a landing that folds out around the tankers cat walk.  The landing provides a barrier to prevent anyone from falling off during the loading process.

Mr. Dennis Rehkop is the Tesoro General Manager for Safety, Health and Manufacturing.  Mr. Rehkop works in the Anacortes refinery.  The fact that the company provides/requires a fall protection system for the Anacortes operation validates that the company knew that employees working on top of a tanker were exposed to potential fall hazards.

Consequently, Tesoro Alaska was responsible for providing or requiring their customers to provide a fall protection system for the Alaska operation.

Mr.Johnson and Mr. Hoogland both acknowledged that a fall protection system was not provided for the drivers at the loading rack.

It would have been feasible to install some type of fall protection system for the loading rack. A plastic canopy that covers the loading rack and is supported by as system of cross beams. The beams would support a fall protection system to be installed.

OSHA-1A(Rev. 6/93)

CONCLUSION

Tesoro Alaska Company Incorporated is considered the "controlling employer" under the OSHA Multi Site Citation Policy  The company is required to exercise reasonable care to protect their employees and other employer's employees.

The OSHA regulation 29 CFR 1910 132.(a)  mandates employers to  provide protective equipment including personal protective equipment for their employees. or in the case of a "Controlling Employer" for other employees if they work in

Further clarification of the regulation is provided in the:  THE OSHA STD 1-1.1.3-04/16/84. 29 CFR 1910.23(c) (1); 29 CFR 1910.23(c)(3) and 29 CFR 1910.132. (a)
G. Guidelines. The following guidelines are established for the uniform enforcement of 29 CFR 1910.132(a) regarding employee exposures to falls from elevated surfaces.

2. In situations where the safeguarding requirements of G.1 are not applicable because employees are exposed to falls from an elevated surface other than a predictable and regular basis, personal protective equipment as required by 29 CFR 29 CFR 1910.132 (a) or other effective fall protection shall be provided.
(copy included in case file).

RECOMMENDATION

Issue citation to Tesoro Alaska Company Incorporated for violation of  CFR 29  1910.132(a) Employer failed to provide protective equipment to employees exposed to fall hazards.

On February 16th I conducted a closing conference with Mr. Hoogland, Magee, Alies, Hansen. Reviewed all of the items on the closing conference checklist. Discussed potential safety violation for the company's failure to provide a fall protection system.

Encouraged Mr. Hoogland to use the OSHA Consultation and Training Section.

Mr. Hoogland was cooperative during the inspection process.

| Inspection Number | 305764870 |
| --- | --- |

**COVERAGE INFORMATION**

**NATURE AND SCOPE**

Check Applicable Boxes and Explain Findings:

[ ] Complaint Items

[ ] Referral Items

[X] Accident Investigation Summary & Findings

[ ] LEP

[ ] Planned Inspection

**NATURE AND SCOPE -- UNUSUAL CIRCUMSTANCES** (Mark X and explain all that apply:)

[X] None

[ ] Denial of entry (see denial memo)

[ ] Delays in conducting the inspection

[ ] Strikes

OSHA-1A(Rev. 6/93)

☐ Jurisdictional Issues

☐ Trade Secrets

☐ Other

Comments:

**OPENING CONFERENCE NOTES:**

**RECORDKEEPING PROGRAMS**
(Other than 29 CFR 1904 requirements)

Does the employer have a recordkeeping program relating to any occupational health issues (monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

☐ Yes   ☐ No

Are any programs required by OSHA health standards?

☐ Yes   ☐ No

**COMPLIANCE PROGRAMS**
(engineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)

Address any relevant compliance efforts regarding potential health hazards covered by the scope of the inspection.

**PERSONAL HYGIENE FACILITIES AND PRACTICES**
(showers, lockers, change rooms, etc.)

Are any required by OSHA health standards?

☐ Yes   ☐ No

What Standards:

**HAZARD COMMUNICATION PROGRAM**

Written Program (complete)

☐ Yes   ☐ No

MSDS's (all)

☐ Yes   ☐ No

Labeling (adequate)

☐ Yes   ☐ No

Training (complete)

☐ Yes   ☐ No

Copy MSDS's/Program attached

☐ Yes   ☐ No

Comments:

**ACCESS TO EXPOSURE & MEDICAL RECORDS**

**FIRE PROTECTION AND EVACUATION PROCEDURES**

**SYSTEMS SAFETY AND EMERGENCY RESPONSE**

**RESPIRATOR PROGRAM**

**LOCKOUT TAGOUT/ \ELECTRICAL SAFE WORKPRACTICES**

**FIRST AID**

Page 7                                                      Thu Feb 24, 2005 9:28am
Tesoro Alaska Company Incorporated                          Inspection Nr. 305764870

**ELECTRICAL SAFE WORKPRACTICES**

**EXPOSURE CONTROL PLAN**

**LABORATORY STANDARD**

**ERGONOMIC PROBLEMS**

☐ Yes    ☐ No

If yes, complete the items 1 and 2 below.

1.   Lifting (10% or more similarly exposed employees injured)

   a. Total # of employees exposed to job:

   b. Total # of cases for job:

2.   CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)

   a. Total # of employees exposed to job:

   b. Total # of cases for job:

   Other significant injury/illness trends

☐ Yes    ☐ No

If yes, explain.

### EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

General Industry:

[X] Yes    ☐ No    Employer has a Safety & Health Program

[X] Yes    ☐ No    Written

☐ Yes -   [X] No    Copy Attached

Construction Industry:

☐ Yes    ☐ No    Accident Prevention Program

☐ Yes    ☐ No    Written

☐ Yes    ☐ No    Copy Attached

**Evaluation of Safety and Health Program**
(0=Nonexistent 1=Inadequate 2=Average 3=Above average)

[2] Written S&H Program

[2] Communication to Employees

[2] Enforcement

[2] Safety Training Program

[2] Health Training Program

[2] Accident Investigation Performed

OSHA-1A(Rev. 6/93)

Tesoro Alaska Company Incorporated

> [2] Preventive Action
> Taken

Comments:

### CLOSING CONFERENCE NOTES:

Were any unusual circumstances encountered such as, but not limited to, abatement problems, expected contest and/or negative employer attitude?  If yes, explain below.

[ ] Yes    [X] No

19. Closing Conference Checklist ("x" as appropriate)

[ ] No Violations Observed

[X] Gave Copy Employer Rights

[X] Reviewed Hazards & Standards

[X] Discuss Employer Rights/Obligations

[X] Encouraged Informal Conference

[X] Offered Abatement Assistance

[X] Discussed Consultation Programs

[ ] Employer/Employee Questionnaires

**Closing Conference Held with Employee Representative**

[ ] Jointly    [ ] Separately

| CSHO Signature | *[signature]* | Date | 2/24/05 |
|---|---|---|---|
| Accompanied By | | | |

OSHA-1A(Rev. 6/93)