

**TESORO** — TRUCK MANIFEST

6:27 AM
8:10

SHIPPER CERTIFIES THAT THE GOODS COVERED BY THIS MANIFEST WERE PRODUCED IN COMPLIANCE WITH ALL REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.

IS TO CERTIFY THAT THE BELOW NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO APPLICABLE REGULATIONS OF THE D.O.T.

IF SHIPMENT INCLUDES UNLEADED GASOLINE THE PRODUCT CONTAINS NO MORE THAN 0.05 GRAMS OF LEAD PER GALLON AND NO MORE THAN 0.005 GRAMS OF PHOSPHORUS PER GALLON CONFORMING TO E.P.A. REGULATIONS - 40 CFR 80 -

WBI B/L 233609
CPP Palmer
Contract # 40008078

360°

RECEIVED SUBJECT TO TARIFFS OR CONTRACT IN EFFECT THIS DATE.

THE CARRIER CERTIFIES THAT THE CARGO TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR THE TRANSPORTATION OF THIS COMMODITY AS DESCRIBED BY THE SHIPPER.

THE DRIVER BY SIGNING THIS TICKET HEREBY CERTIFIES THAT TRANSPORT WAS LOADED AS SPECIFIED

SIGN HERE → 10-6-04 [signature]

RECEIVED QUANTITIES IN GOOD ORDER
SIGN HERE →

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SHIPPER / CONSIGNOR
SIGN HERE →

IN CASE OF TRANSPORTATION EMERGENCY INVOLVING PUBLIC SAFETY CALL 800-424-9300

SHIPPING DESCRIPTIONS

ELEVATED TEMPERATURE BASE ASPHALT
N.O.S., 9 UN3257 PGIII S2-28
1/4 percent Adhere   AVG. TEMP 350°F

TankSI batch 04-42-4212

| SHIPPER: | CUSTOMER: |
|---|---|
| TESORO ALASKA PETROLEUM<br>P.O. BOX 3369<br>KENAI AK | CENTRAL PAVING |

| SHIP FROM ADDRESS | DATE SHIPPED | CUSTOMER NUMBER | MANIFEST NO. | MANIFEST DATE |
|---|---|---|---|---|
| KENAI AK 99611 EPA #4068 | 10/06/2004 | | 14,047 | 10/06/2004 |

| CREDIT TERMS FROM DATE OF INV. | SPECIAL HANDLING | CUSTOMER ORDER NO. |
|---|---|---|

| FREIGHT TERMS | F.O.B. | CARRIER NAME / I.D. | TRUCK NO. | DRIVER NO. | COMPUTED LOADING AT | LOAD POS. |
|---|---|---|---|---|---|---|
| PPD   COLL | | LARRY ROGERS  WEAVER BROTHERS | | 10:01 AM | | |

| PRODUCT | | OCTANE RATING | GROSS GALLONS | TEMP. | GPM | NET GALLONS | U/B |
|---|---|---|---|---|---|---|---|
| | Truck / Trailer | | | | | | |
| Gross | 100,260  42,760 | | | | | | |
| Tare | 39,940  13,080 | | | | | | |
| Net Lbs | 60,320  29,680 | | | | | | |
| Net tons | 30.16  14.84 | | | | | | |
| Metric ton | 27.361  13.463 | | | | | | |
| Total Additive | 227.76 | | | | | | |

10,651 / 28

| DRIVER INSTRUCTIONS / SPECIAL MESSAGES |
|---|
| 8.45 / 8.04 |

ORIGINAL - NON-NEGOTIABLE