# UNIFORM STRAIGHT BILL OF LADING – Original – Not Negotiable – Domestic

**WEAVER BROS., INC.**
ANCHORAGE – FAIRBANKS – KENAI
MAIN OFFICE: P.O. BOX 2229 · KENAI, ALASKA 99611

WBI S/L: 233609

DATE: 10/6/04

SHIPPER: Tesoro Alaska Petroleum — CITY: Nikiski, AK
CONSIGNEE: CPD — CITY: Palmer, AK

DRIVER: Larry Rogers
VEHICLE: 93
TRAILER: PTB/1267

FREIGHT CHARGES: Freight Prepaid

BILL TO: CPD

LOAD DESCRIPTION: Asphalt Delivery
Contract #40002098

| | Description | | | |
|---|---|---|---|---|
| 2/L | Elevated Temperature, Liquid, N.O.S. | | | |
| | 9, UN3257, PGIII, Asphalt | | | |
| | EMERGENCY PHONE 1-800-424-9300 | | | |
| | AC-5 1/4% of 1% Anti-Strip  227.76 | | | |
| | LEAD | PUP 42760 | | |
| | Gross: 100260 | Gross: 13080 | | |
| | Tare: 39940 | Tare: 29680 | | |
| | Net: 60320 | Net: 14.84 | | |
| | Tons: 30.16 | Tons: | | |
| | Tesoro Invoice: | | | |

| LOAD DATE | TIME START | TIME STOP | | |
|---|---|---|---|---|
| 10-06-04 | 10:00 AM | | | |

UNLOAD | DATE | TIME START | TIME STOP |

Total:

PER _____ Shipper's Agent
CARRIER **WEAVER BROS., INC.** PER _(signature)_ Carrier's Agent
CONSIGNEE PER X _____ For Consignee   Date

MEMO: