# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 2/18/04

| PRODUCER | |
|---|---|
| PARKER, SMITH & FEEK, INC.<br>2233 112th Avenue N.E.<br>Bellevue, Washington 98004<br>Phone: 425-709-3600   Fax: 425-709-7460 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

### INSURERS AFFORDING COVERAGE

| INSURED | |
|---|---|
| WILDER CONSTRUCTION COMPANY<br>11301 Lang Street<br>Anchorage, Alaska 99515-3006 | INSURER A: ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>INSURER B:<br>INSURER C:<br>INSURER D:<br>INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [X] PROJECT [X] LOC | KK08400385 | 04/01/2003 | 04/01/2004 | EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS-COMP/OP AGG | $ 1,000,000<br>$ 100,000<br>$ 10,000<br>$ 1,000,000<br>$ 2,000,000<br>$ 2,000,000 |
| A | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | KK08400385 | 04/01/2003 | 04/01/2004 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$ |
| | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY – EA ACCIDENT<br>OTHER THAN AUTO ONLY: EA ACC / AGG | $<br>$ / $ |
| A | EXCESS LIABILITY<br>[X] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE<br>[X] RETENTION $ 10,000 | KK08400385 | 04/01/2003 | 04/01/2004 | EACH OCCURRENCE<br>AGGREGATE | $ 1,000,000<br>$ 1,000,000<br>$<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | [ ] WC STATUTORY LIMITS [ ] OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE – EACH EMPLOYEE<br>E.L. DISEASE – POLICY LIMIT | <br>$<br>$<br>$ |
| | OTHER | | | | | $<br>$<br>$ |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

Tesoro Asphalt Sales Contract. Tesoro Refining and Marketing Company is included as Additional Insured per Endorsement 44449, Edition Date 12/93, page 5 of 10 attached, as respects to Auto. Coverage is primary and non-contributory per Form G0322, Edition Date 12/97 attached, as respects to General Liability. Waiver of Subrogation applies per Form G0326, Edition Date 07/01 attached as respects General Liability. Waiver of Subrogation applies per Endorsement A0186, Edition Date 04/00 attached, as respects to Auto. ****CANCELLATION/MATERIAL CHANGE ENDORSEMENT #D0084, EDITION DATE 10/00 ATTACHED.

| CERTIFICATE HOLDER [X] ADDITIONAL INSURED; INSURER LETTER: A | CANCELLATION *10 days for non-payment of premium |
|---|---|
| TESORO REFINING AND MARKETING COMPANY<br>Asphalt Marketing<br>Attn: Randy Christian<br>P. Box 700<br>200 West March Point Road<br>Anacortes, WA 98221 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE [signature] |

ACORD 25-S (7/97)
WILDCONS\CERT03(M04.AK)

© ACORD CORPORATION 1988
CERT #134

Exhibit 7, Page 1 of 2

| ACORD™ | CERTIFICATE OF LIABILITY INSURANCE | | DATE (MM/DD/YY) 2/1/04 |
|---|---|---|---|

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| PARKER, SMITH & FEEK, INC.<br>2233 112th Avenue N.E.<br>Bellevue, Washington 98004<br>Phone: 425-709-3600  Fax: 425-709-7460 | |
| INSURED | INSURERS AFFORDING COVERAGE |
| WILDER CONSTRUCTION COMPANY<br>11301 Lang Street<br>Anchorage, Alaska 99515-3006 | INSURER A: ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>INSURER B:<br>INSURER C:<br>INSURER D:<br>INSURER E: |

COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>  CLAIMS MADE  X OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PROJECT X LOC | KK08400407 | 04/01/2004 | 04/01/2005 | EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS-COMP/OP AGG | $ 1,000,000<br>$ 100,000<br>$ 10,000<br>$ 1,000,000<br>$ 2,000,000<br>$ 2,000,000 |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>  ALL OWNED AUTOS<br>  SCHEDULED AUTOS<br>  HIRED AUTOS<br>  NON-OWNED AUTOS | KK08400407 | 04/01/2004 | 04/01/2005 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$ |
|  | GARAGE LIABILITY<br>  ANY AUTO | | | | AUTO ONLY – EA ACCIDENT<br>OTHER THAN AUTO ONLY: EA ACC<br>AGG | $<br>$<br>$ |
| A | EXCESS LIABILITY<br>X OCCUR   CLAIMS MADE<br>  DEDUCTIBLE<br>X RETENTION $ 10,000 | KK08400407 | 04/01/2004 | 04/01/2005 | EACH OCCURRENCE<br>AGGREGATE | $ 1,000,000<br>$ 1,000,000<br>$<br>$<br>$ |
|  | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATUTORY LIMITS  OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE – EACH EMPLOYEE<br>E.L. DISEASE – POLICY LIMIT | $<br>$<br>$ |
|  | OTHER | | | | | $<br>$<br>$ |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Tesoro Asphalt Sales Contract. Tesoro Refining and Marketing Company is included as Additional Insured per Endorsement 44449, Edition Date 12/93, page 5 of 10 attached, as respects to Auto. Coverage is primary and non-contributory per Form G0322, Edition Date 12/97 attached, as respects to General Liability. Waiver of Subrogation applies per Form G0326, Edition Date 07/01 attached as respects General Liability. Waiver of Subrogation applies per Endorsement A0186, Edition Date 04/00 attached, as respects to Auto. ****CANCELLATION/MATERIAL CHANGE ENDORSEMENT #D0084, EDITION DATE 10/00 ATTACHED.

| CERTIFICATE HOLDER | X ADDITIONAL INSURED; INSURER LETTER: A | CANCELLATION | *10 days for non-payment of premium |
|---|---|---|---|
| TESORO REFINING AND MARKETING COMPANY<br>Asphalt Marketing<br>Attn: Randy Christian<br>P.O. Box 700<br>00 West March Point Road<br>Anacortes, WA 98221 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10*__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE | |

ACORD 25-S (7/97)
WILDCONS\CERT04(M04.AK)
© ACORD CORPORATION 1988
CERT #82