Page 150

1  Q. Okay.
2  A. And for the definition of "your work," I go to St. Paul
3     Policy Form 47175, Edition Date 7-01, this is Exhibit 5 for
4     the '04-'05 term, where it defines "your work" means "any
5     work that you're performing or others are performing for
6     you or service that you're providing or others are
7     providing for you."
8         It goes on to qualify that "work" includes all
9     equipment, materials, parts, or tools being provided or
10    used or for your work, and then it goes on "statements made
11    about durability, fitness, handling, maintenance,
12    operations, safety, quality performance, and warnings
13    instructions, directions being provided or that should have
14    been provided with or for your work."
15 Q. So you're substituting that definition of "your work" for
16    the two words in the endorsement.
17        Is that fair?
18 A. I'm defining "your work" using the language from the
19    policy, correct.
20 Q. And how is any of that work as defined in the policy done
21    for Tesoro by Wilder?
22 A. "Work that you're performing or others are performing for
23    you," so, in my opinion, others were performing work for
24    Wilder.
25 Q. And the "others" being?

Page 151

1  A. The Weaver Brothers and Doyle or whoever owned that
2     equipment. Or I believe that it also could fall into the
3     category of "service you're providing or others are
4     providing for you," whether the pick up and delivery of
5     product is defined as a service versus the performance of
6     work.
7  Q. Let's focus on the others, Weaver Brothers or Doyle.
8         What were Weaver Brothers or Doyle doing for Tesoro?
9  A. My understanding is that they were picking up product to be
10    transferred from Tesoro to Wilder --
11 Q. Okay.
12 A. -- versus having Tesoro responsible for delivery of their
13    own product to Wilder, the customer.
14 Q. Anything else?
15 A. No.
16 Q. I've tagged relevant parts that include the auto liability
17    protection policy.
18 A. Correct.
19 Q. And I think as part of the certificate of insurance there's
20    attached a relevant page from that form?
21 A. Yes, from the insuring agreement.
22 Q. You said you had undertaken an analysis of how Tesoro is an
23    additional protected person under the auto policy; is that
24    correct?
25 A. Yes.

Page 152

1  Q. Can you explain that conclusion?
2  A. My feeling is that the section of the auto insuring
3     agreement which states "Any person or organization who's
4     legally responsible for the actions of a protected person
5     described above is also a protected person for the use of a
6     covered auto."
7  Q. And how does that work on the facts here?
8  A. Well, I think that "covered auto," if Tesoro is deemed to
9     be responsible for Mr. Rogers' injury and he was operating
10    a vehicle as defined as "any auto hired by Wilder," then I
11    think Tesoro would be protected under the policy if they're
12    considered legally liable for the actions of a protected
13    person under this policy.
14 Q. And that policy language you're discussing, can you just
15    recite the form number?
16 A. It's Form 4444-9 Edition Date 12-93. It also has the code
17    "Insuring Agreement 60" written at the bottom, and I'm not
18    sure what that refers to. It's a portion of the automobile
19    policy.
20 Q. Does it say, "Page 5 of 10" or anything?
21 A. No, actually it doesn't. But let's see if -- it may be
22    that the bottom is just cut off on this copy. I believe --
23    yeah, I believe that that is -- it looks like it is Page 5
24    of 10 of that form.
25 Q. Okay. Any other part of that appear applicable?

Page 153

1  A. Not that I can think of right now.
2  Q. All right.
3         MR. CLARKSON: Maybe we should
4     keep those open for later. I would like
5     for you to keep those open.
6  Q. (By Mr. Sutherland) I guess the only other questions I
7     would have just relate to if you know what steps were taken
8     to, you know, search for responsive documents here in
9     response to the subpoena. I don't think Mr. Clarkson
10    exactly went over that.
11        MR. CLARKSON: I didn't.
12 A. We gathered up documents based on the time frame that was
13    outlined in that. I wasn't sure, and I believe we asked
14    Mr. Clarkson about, "Any and all documents in your
15    possession or control relating to insurance coverage
16    provided to Wilder from the period of January 1, 2000,
17    through 2004, including but not limited to the policies
18    referenced in the certificate dated April 1, 2004, issued
19    to certificate holder Tesoro, and any and all
20    communications with St. Paul regarding same."
21        The documents that we didn't bring were seventeen
22    boxes of certificate files which contained, we believe,
23    only three or four certificates that are actually made to
24    Tesoro and hundreds and hundreds and thousands that are
25    made out to other folks.

Page 154

1    This doesn't include, as we talked, the marketing or
2    what we call "underwriting files," and it doesn't include
3    contract files, lease files, financial files related to
4    Wilder that are collected over the years.
5  Q. (By Mr. Sutherland) Would any of what you call "marketing
6    files" be in the nature of your company's explanation to
7    Wilder of this scope of the coverage or your interpretation
8    of the coverage that would have been a part of an exchange
9    based on which they decided to go with St. Paul or go with
10   some other carrier?
11 A. Well, they never changed carriers from St. Paul during all
12   these years until this year.
13 Q. So there were changes made?
14 A. Yeah.
15 Q. My concept of marketing is kind of the sense of well, you
16   know, there's these changes and here's what they do, but
17   they're still the best thing going, those kind of --
18 A. It's possible that those types of exchanges may be included
19   in those files.
20 Q. Because from what I could tell on the review of these files
21   there isn't much of that in here, correct?
22 A. Correct, policy files only contain information after
23   coverage is bound and placed with the carrier. And then
24   from binding to expiration, documents are in the policy
25   files.

Page 155

1  Q. So this is the "including but not limited to the policy"
2    for each year (indicating)? And I'm pointing to the
3    original files that you brought.
4  A. Yeah.
5  Q. Okay.
6         MR. SUTHERLAND: Has any of this
7    material been withheld on privilege or
8    other --
9         MS. KILLIAN: Yes, I selected a
10   few. I haven't yet had time to make a
11   privilege log but I intend to do so. I
12   only had Friday.
13        MR. SUTHERLAND: No, that's fine.
14   It seemed there might be, in light of
15   the discussion of the interpretation of
16   the policies, some other documents that
17   may be out there.
18        So, without waiving the ability to
19   go back and see what these are about, I
20   think I'm done.
21        MR. CLARKSON: Okay.
22
23        R E D I R E C T   E X A M I N A T I O N
24
25 BY MR. CLARKSON:

Page 156

1  Q. I just have a couple more questions for you.
2  A. Okay.
3  Q. Just using this as an example, you showed me earlier
4    Exhibit 23, which is the G0322 endorsement for the '02-'03
5    policy period.
6  A. Okay.
7  Q. Do you want to look at it?
8  A. Sure.
9  Q. Can we come around and look at it with you?
10 A. Sure.
11 Q. What I wanted to ask you was, is it true that this typed-in
12   language that you told us about earlier on the bottom of
13   this endorsement not only identifies the person that would
14   be protected as an additional protected person but also
15   changes the terms of the endorsement itself?
16        MR. SUTHERLAND: I'll object to
17   the form.
18 A. Well, I think that -- I think that because this up here
19   (indicating) says whoever is named below is covered,
20   it's -- I don't know whether that's deemed to be a change.
21 Q. (By Mr. Clarkson) Well, let me give you an example. For
22   example, in the printed portion of the Form G0322 the
23   additional protected person is stated as being "The person
24   or organization named below is an additional protected
25   person as required by a contract or agreement entered into

Page 157

1    by you," but in the typed-in language it says, "The
2    additional protected person is any person or organization
3    that you agree in a written contract or agreement."
4        So that would appear to be a more limited
5    identification of who's protected than the printed version
6    of the form, correct?
7  A. Correct, yes.
8  Q. So that would be a change, wouldn't it?
9  A. Yes.
10 Q. All right. And then we see in the typed-in version of the
11   form below, it says, "But we won't apply this endorsement
12   to your maintenance, operation, or use of equipment,"
13   whereas, the printed version of the form says, "We will
14   provide additional protected person coverage but only for
15   covered injury or damage arising out of," and then it says,
16   "your maintenance, operation, or use of equipment."
17        And in that respect, the typed-in language appears to
18   have replaced and reversed that limitation that's printed
19   in the main part of the form?
20 A. Correct.
21        MS. KILLIAN: I object to the
22   form.
23 Q. (By Mr. Clarkson) Is that your observation, as well?
24 A. I believe it does.
25 Q. Okay. Is that typical, in your experience, that the typed-

Page 158

1  in language placed on this blanket form of endorsement by
2  the underwriter would not only identify who the additional
3  protected person is or was but also on occasion change the
4  printed terms of the endorsement itself?
5        MS. KILLIAN: Object to the form.
6  A. I think it could.
7  Q. (By Mr. Clarkson) Well, I guess I'm asking you, was it
8  typical in your experience that they would, in fact, do
9  that?
10 A. Well, not typical in the sense that for a number of years
11 it didn't do what you're saying is done this year.
12 Q. Right.
13 A. But then it does appear that this year they did that.
14 Q. Yes, ma'am, we did see that earlier in the period of time.
15     I can't identify the exact years, but the record will
16 reflect that there was a time in which the words "written
17 contract" was added to that language below and then another
18 year where it was taken out, correct?
19 A. Correct.
20 Q. So, to the extent it was added, that would be a change?
21 A. Correct.
22 Q. To the extent that it wasn't added it would just be a
23 repeat of what's already in the printed form, correct?
24 A. Correct.
25 Q. And then this language here about "but we won't apply this

Page 159

1  endorsement," et cetera, et cetera, we've already
2  identified the first time that showed up.
3        And that would be the first time that showed up as, I
4  guess, possibly a change of the printed version form,
5  correct?
6  A. Yes.
7  Q. All right. My next question for you is do you have any
8  understanding as to why the underwriter would have used or
9  might have used that printed-in language at the bottom of
10 that form, Endorsement G0322, to change the printed version
11 of the form, any understanding as to why that would happen?
12        MS. KILLIAN: Object to the form.
13        MR. SUTHERLAND: Join.
14 A. Normally the underwriters change that based on -- based on
15 company mandate.
16 Q. (By Mr. Clarkson) The "company" being who?
17 A. Meaning the insurance company, their employer.
18 Q. Do you have any specific recollection in this case as to
19 why the language that we see on the bottom of those
20 endorsements appears as we see it appearing?
21 A. No.
22 Q. Okay. That's all I have. Thanks.
23        MR. SUTHERLAND: I think that's
24    it. Thank you very much.
25        THE WITNESS: Okay. Thank you.

Page 160

2  (The deposition concluded at 4:05 p.m.)

4  (Signature was reserved.)

Page 161

1             CERTIFICATE
3  STATE OF WASHINGTON  )
                        ) ss.
4  COUNTY OF K I N G    )
5     I, Janice L. Tegarden, a Notary Public in and for the
6  State of Washington, do hereby certify that the foregoing
7  deposition was taken before me at the time and place therein
8  set forth;
9     That the witness was duly sworn to testify to the
10 truth, that the testimony of the witness and all objections
11 made at the time of the examination were recorded
12 stenographically by me, and then, thereafter, transcribed
13 under my direction;
14    That the foregoing transcript is a true record of the
15 testimony given by the witness and of all objections made at
16 the time of the examination, to the best of my ability.
17    I further certify that I am in no way related to any
18 party to this matter or to any of counsel, nor do I have any
19 interest in the matter.
20    DATED this 22nd day of August, 2006.

                              _____
                              JANICE L. TEGARDEN, Notary
24                            Public, State of Washington,
                              residing at Seattle.
25                            Commission expires 5/29/09.

TO: PARKER SMITH & FEEK  
    Attn: LINDA LIRA/SHELLY CARDIEL  
    FAX 425-709-7460

FROM: WILDER CONSTRUCTION COMPANY  
Anchorage, AK  
Ph. (907) 344-2593 / FAX (907) 344-1562

# INSURANCE CERTIFICATE REQUEST

Date Ordered:    FEBRUARY 16, 2004         Ordered By: KATHY URQUHART

Contract:    TESORO ASPHALT SALES CONTRACT

Owner:    TESORO REFINING AND MARKETING COMPANY  
         ASPHALT MARKETING  
         P.O. BOX 700  
         10200 WEST MARCH POINT ROAD  
         ANACORTES, WA 98221

         ATTN: RANDY CHRISTIAN

Contract Date:    ONGOING

Insurance Requirements:    ATTACHED         Special Requirements: _____  
                                                                             (# of copies, form, etc)

LINDA –  
THIS IS FOR ONGOING SALES CONTRACTS. WILL YOU PLEASE SEND THE ORIGINAL TO RANDY @ TESORO WITH A COPY TO ME. IF YOU HAVE ANY QUESTIONS PLEASE CALL ME. THANKS,



EXHIBIT # 2  
Cardiel  
7/21/06  
Janice Tegard


**TESORO**

Tesoro Refining and Marketing Company
Asphalt Marketing
P. O. Box 700
10200 West March Point Road
Anacortes, WA 98221

February 9, 2004

**Wilder Construction Company**
Attn: David Dickhaus
11301 Lang Street
Anchorage, AK 99515-3006

Dear Mr. Dickhaus,

Pursuant to the Tesoro Asphalt Sales Contract entered into by your company with Tesoro Refining and Marketing Company, please direct your attention to paragraph 9(f) of that document. It reads:

> "Buyer or Buyer's representative shall carry the following insurance as a condition to entry onto Seller's premises: (1) Worker's Compensation Insurance and Employer's Liability Insurance to cover statutory limits of the Worker's Compensation Laws of the state where delivery takes place; (2) Commercial General Liability Insurance with minimum limits of $2,000,000 combined single limit per occurrence for bodily injury and property damage liability; and (3) Automobile bodily injury and property damage liability insurance with minimum limits of $2,000,000 combined single limit per occurrence, covering all owned and non-owned, hired vehicles. Such insurance shall be primary coverage, shall include a waiver of subrogation against Seller and shall name Seller as an additional insured. Buyer or Buyer's representative shall furnish a certificate of insurance to Seller prior to entering Seller's premises, which certificate shall contain a provision stating the issuing company will endeavor to give Seller ten (10) days prior written notice in event of cancellation or material change in the insurance."

Please have your insurance agent forward to my attention a certificate of insurance as outlined above within the next 15 days.

Thank you for your prompt attention to this matter.

Sincerely,

*Randy Christian*
Randy Christian
Manager, Commercial Marketing, Asphalt
Tesoro Refining and Marketing Company
(360) 293-1692

Wilder Construction
FEB 12 2004
RECEIVED

PARKER | SMITH | FEEK

February 18, 2004

Kathy Urquhart
Wilder Construction Company
11301 Lang Street
Anchorage, AK 99515

RE:  CERTIFICATE OF INSURANCE
     Tesoro Refining and Marketing Company

Kathy:

Enclosed is the Certificate of Insurance issued on behalf of Wilder Construction Company to Tesoro Refining and Marketing Company. Your insurance program complies with the insurance requirements contained in the contract, EXCEPT for the following:

- Paragraph 9(f) states that all insurance companies shall provide (10) days prior written notice in event of cancellation or material change. All policies will provide prior notice of cancellation as required by law. All policies except the Workers' Compensation/Employers Liability policy will provide prior notice of "material change". A "material change" is defined as any endorsement which reduces the limit of liability or which excludes or deletes coverage. No notice of "substitution" is addressed by the insurance contracts

ADDITIONAL COSTS ASSOCIATED WITH THIS CONTRACT

WORKERS' COMPENSATION POLICY - Waiver of Subrogation Endorsement Surcharge of 2% applied against total project premiums subject to a $250 minimum premium per project

We have included both the original certificate and a copy for your files so that you can discuss these issues with Tesoro Refining and Marketing Company and make the necessary modifications to the contract. If you have questions or concerns, please contact our office.

Sincerely,

PARKER, SMITH & FEEK, INC.


Amy Yerushalmian
Associate Account Administrator Assistant

cc:  Mike Fallon, WCC
     Shelley Cardiel, PS&F
     Steven J. White, PS&F

Enclosure

EXHIBIT # 3
Cardiel
3/31/06
Janice Tegarden

Parker, Smith & Feek

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 2/18/04

| PRODUCER | |
|---|---|
| PARKER, SMITH & FEEK, INC.<br>2233 112th Avenue N.E.<br>Bellevue, Washington 98004<br><br>Phone: 425-709-3600   Fax: 425-709-7460 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.<br><br>**INSURERS AFFORDING COVERAGE** |

| INSURED | |
|---|---|
| WILDER CONSTRUCTION COMPANY<br>11301 Lang Street<br>Anchorage, Alaska 99515-3006 | INSURER A: ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>INSURER B:<br>INSURER C:<br>INSURER D:<br>INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [X] PROJECT [X] LOC | KK08400385 | 04/01/2003 | 04/01/2004 | EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS-COMP/OP AGG | $1,000,000<br>$100,000<br>$10,000<br>$1,000,000<br>$2,000,000<br>$2,000,000 |
| A | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | KK08400385 | 04/01/2003 | 04/01/2004 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $1,000,000<br>$<br>$<br>$ |
| | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY – EA ACCIDENT<br>OTHER THAN AUTO ONLY: EA ACC<br>AGG | $<br>$<br>$ |
| A | EXCESS LIABILITY<br>[X] OCCUR [ ] CLAIMS MADE<br><br>[ ] DEDUCTIBLE<br>[X] RETENTION $10,000 | KK08400385 | 04/01/2003 | 04/01/2004 | EACH OCCURRENCE<br>AGGREGATE | $1,000,000<br>$1,000,000<br>$<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATUTORY LIMITS [ ] OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE – EACH EMPLOYEE<br>E.L. DISEASE – POLICY LIMIT | $<br>$<br>$ |
| | OTHER | | | | | $<br>$<br>$ |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Tesoro Asphalt Sales Contract. Tesoro Refining and Marketing Company is included as Additional Insured per Endorsement 44449, Edition Date 12/93, page 5 of 10 attached, as respects to Auto. Coverage is primary and non-contributory per Form G0322, Edition Date 12/97 attached, as respects to General Liability. Waiver of Subrogation applies per Form G0326, Edition Date 07/01 attached as respects General Liability. Waiver of Subrogation applies per Endorsement A0186, Edition Date 04/00 attached, as respects to Auto. ****CANCELLATION/MATERIAL CHANGE ENDORSEMENT #D0084, EDITION DATE 10/00 ATTACHED.

| CERTIFICATE HOLDER | [X] ADDITIONAL INSURED; INSURER LETTER: A | CANCELLATION | *10 days for non-payment of premium |
|---|---|---|---|
| TESORO REFINING AND MARKETING COMPANY<br>Asphalt Marketing<br>Attn: Randy Christian<br>P. Box 700<br>200 West March Point Road<br>Anacortes, WA 98221 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE | |

ACORD 25-S (7/97)
WILDCONS\CERT03(M04.AK)

© ACORD CORPORATION 1988
CERT #134

COPY

**NOTICE TO DESCRIBED PERSONS OR ORGANIZATIONS OF MATERIAL CHANGE OR POLICY CANCELLATION ENDORSEMENT**



This endorsement changes:

- your General Rules; or
- any state-required endorsement that changes the Policy Changes or Cancellation rules in your General Rules.

---

**How Coverage Is Changed**

There are two changes explained below.

1. The following is added to the Policy Changes section. This change describes other persons or organizations we'll notify if a material change is made to your policy. Such change does not benefit any persons or organizations not described below.

   We'll mail or deliver written notice of a material change to your policy during its policy period to the described persons or organizations.

   The described persons or organizations and the number of days notice before the change will take effect are shown below.

   *Material change* means a reduction in the applicable:
   - coverage; or
   - limits of coverage.

2. The following is added to the Cancellation section. This change describes other persons or organizations we'll notify if your policy is canceled by you or us. Such change does not benefit any persons or organizations not described below.

   We'll also mail or deliver a notice of cancellation to the described persons or organizations. The described persons or organizations and the number of days notice of cancellation before coverage will end are shown below.

   No other change applies to the Cancellation rule.

**Other Terms**

All other terms of your policy remain the same.

---

**Described Persons Or Organizations**

(Name)

Any person or organization who requires in a written contract with you that you provide them with notification of material change or cancellation notice.

(Address)

**Number Of Days Notice**

    45    For material change or cancellation, other than nonpayment of premium

    10    For nonpayment of premium

---

Name of Insured     Policy Number KK08400385     Effective Date 04/01/03

HILDER CONSTRUCTION COMPANY     Exhibit 9, Page 28 of 62    Processing Date 04/01/03     001

This endorsement changes your General Rules.

### How Coverage Is Changed

The following is added to the Recovering Damages From A Third Party rule. This change waives our right of recovery against certain persons or organizations for certain payments we make under your Auto Liability Protection.

We agree to waive any right of recovery we may have against the person or organization shown below for any payment we make under your Auto Liability Protection for covered injury or damage that results from:

- your ownership, maintenance, use, loading or unloading of a covered auto; and
- work you perform under a contract with that person or organization.

### Other Terms

All other terms of your policy remain the same.

Description of person or organization:

Name of Insured  Wilder Construction Company   Policy Number  KK08400385   Effective Date 04/01/03
Processing Date

A0186 Ed. 4-00 Printed in U.S.A.

This endorsement changes your General Rules.

## How Coverage Is Changed

The following replaces the Recovering Damages From A Third Party section.

## Recovering Damages From A Third Party

Any protected person under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available.

If we make a payment under this policy that right of recovery will belong to us. But we will not have this right of recovery against any:

- parent company, or owned or controlled subsidiary of yours; or
- affiliated company over which you have management control.



We will work with you or any protected person in the exercise of our right of recovery. If we recover any amount as a result of exercising such right, the amount will be divided as follows:

1. Any protected person or other insurer who paid amounts in excess of the limits of coverage that apply under this policy will be reimbursed for the actual amount paid.

2. Next, we'll be reimbursed for any payments we've actually made.

3. Then, if any amount remains, any protected person or other insurer who paid amounts before the limits of coverage for this policy applied will be reimbursed for the actual amount paid.

**Recovery expenses.** The expenses incurred in obtaining a recovery of any payment we make under this policy from someone other than us will be divided in the same ratio as that recovery is shared. However, if we bring legal action against someone else to recover losses on our own or try to obtain recovery and fail to do so, we'll pay all of the expenses we incur in bringing such action.

**Waiver of rights of recovery.** We waive any right of recovery we may have against any person or organization that you agree in a written contract to waive.

But we'll waive such a right of recovery only for the payments we make under your Contractors Commercial General Liability Protection for covered bodily injury or property damage or medical expenses that result from:

- your ownership, maintenance, or use of a premises that you rent, lease, or borrow from others, or own; or
- your products, your work, or your completed work.

We also waive any right of recovery we may have against any person or organization that you agree in a written contract to waive for any payment we make under your Contractors Commercial General Liability Protection for:

- covered personal injury; or
- covered advertising injury.

The written contract that requires this waiver of right of recovery must be made before and be in effect when:

- the bodily injury or property damage happens; or
- the event that causes the bodily injury resulting in the medical expenses happens; or
- the personal injury offense or advertising injury offense is committed.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Terms

All other terms of your policy remain the same.

---

G0326 Rev. 7-01 Printed in U.S.A.                                    Endorsement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved                  Page 1 of 1

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT – CONTRACTORS
GENERAL LIABILITY – INCLUDING COMPLETED WORK**

StPaul

This endorsement changes your Contractors Commercial General Liability Protection.

### How Coverage Is Changed

There are two changes which are described below.

1. The following is added to the Who Is Protected Under This Agreement section. This change adds certain protected persons and limits their protection.

   **Additional protected person.** The person or organization named below is an additional protected person as required by a contract or agreement entered into by you. But only for covered injury or damage arising out of:
   - your work for that person or organization;
   - your completed work for that person or organization if your contract or agreement requires such coverage;
   - premises you own, rent, or lease from that person or organization; or
   - your maintenance, operation, or use of equipment leased from that person or organization.

   We explain what we mean by your work and your completed work in the Products and completed work total limit section.

   If the additional protected person is an architect, engineer, or surveyor, we won't cover injury or damage arising out of the performance or failure to perform architect, engineer, or surveyor professional services.

   *Architect, engineer, or surveyor professional services* includes:
   - the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, or specification; and
   - supervisory, inspection, or engineering services.

2. The following is added to the Other primary insurance section. This change broadens coverage.

   We'll consider this insurance to be primary to and non-contributory with the insurance issued directly to additional protected persons listed below if:
   - your contract specifically requires that we consider this insurance to be primary or primary and non-contributory; or
   - you request before a loss that we consider this insurance to be primary or primary and non-contributory insurance.

### Other Terms

All other terms of your policy remain the same.

---

**Person Or Organization:**
Any person or organization that you agree in a written contract or agreement to add as an additional protected person. But we won't apply this endorsement to your maintenance, operation, or use of equipment leased from that person or

---

| Name of Insured | Policy Number | Effective Date |
|---|---|---|
| WILDER CONSTRUCTION COMPANY | KK08400385 | 04/01/03 |
| | Processing Date 04/01/03 | 001 |

G0322 Rev 12-97 Printed in U.S.A.    Exhibit 9, Page 31 of 62

Page 1 of 2

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons for the use of a covered auto.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:
• The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
• An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.
• Anyone using a covered auto while working in the business of selling, servicing, repairing, storing or parking autos, unless the business is yours.
• Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

**Anyone legally responsible for the actions of a protected person.** Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury and property damage. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:
• to each protected person named in the Introduction as if that protected person was the only one named there; and
• separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limit Of Coverage

The Coverage Summary shows the limit of coverage that applies to this agreement.

The Each accident limit is the most we'll pay for the combined total of all covered bodily injury, property damage and pollution cost or expense that results from any one accident. This limit applies regardless of the premiums paid or number of:
• protected persons;
• premiums paid;
• claims made or suits brought;

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY): 2/18/04

| PRODUCER | |
|---|---|
| PARKER, SMITH & FEEK, INC.<br>2233 112th Avenue N.E.<br>Bellevue, Washington 98004<br>…ne: 425-709-3600   Fax: 425-709-7460 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

**INSURERS AFFORDING COVERAGE**

| INSURED | |
|---|---|
| WILDER CONSTRUCTION COMPANY<br>11301 Lang Street<br>Anchorage, Alaska 99515-3006 | INSURER A: ST. PAUL FIRE AND MARINE INSURANCE COMPANY (BEST'S RATING A XV)<br>INSURER B:<br>INSURER C:<br>INSURER D:<br>INSURER E: |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | EACH OCCURRENCE | $ |
| | [ ] COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | [ ] CLAIMS MADE  [ ] OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS-COMP/OP AGG | $ |
| | AUTOMOBILE LIABILITY | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | [ ] ANY AUTO | | | | | |
| | [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY | | | | AUTO ONLY – EA ACCIDENT | $ |
| | [ ] ANY AUTO | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | $ / $ |
| | EXCESS LIABILITY | | | | EACH OCCURRENCE | $ |
| | [ ] OCCUR [ ] CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | $ |
| | DEDUCTIBLE | | | | | $ |
| | RETENTION  $ | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | WVK8400032 | 04/01/2003 | 04/01/2004 | [X] WC STATUTORY LIMITS  [ ] OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | E.L. DISEASE – EACH EMPLOYEE | $ 1,000,000 |
| | | | | | E.L. DISEASE – POLICY LIMIT | $ 1,000,000 |
| | OTHER | | | | | $ |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
Tesoro Asphalt Sales Contract. Waiver of Subrogation applies per Endorsement WC000313 1983 NCCI attached.

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: ___ | CANCELLATION  *10 days for non-payment of premium |
|---|---|---|
| TESORO REFINING AND MARKETING COMPANY<br>Asphalt Marketing<br>Attn: Randy Christian<br>P.O. Box 700<br>10200 West March Point Road<br>Anacortes, WA 98221 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  10*  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/97)
WILDCONS\CERT03(M01.AK)
© ACORD CORPORATION 1988
CERT #134

WC 00 03 13

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on  04/01/03         at 12:01 A.M. standard time, forms a part of
                                (Date)

Policy No.  WVK8400032         Endorsement No.

of the ST. PAUL FIRE AND MARINE INSURANCE COMPANY    NCCI Carrier Code 13706
           (Name of Insurance Company)

issued to:  WILDER CONSTRUCTION COMPANY

Policy Expiration Date:   04/01/04

Premium (if any) $

_____
Authorized Representative



We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit any one not named in the Schedule.

This endorsement does not apply in these states:  Kentucky, New Jersey, Pennsylvania, and Texas.

### Schedule

1. Name of person or organization:  Any person or organization for whom the Named Insured has agreed to furnish this waiver.

2. Operations:  All operations.

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| PARKER, SMITH & FEEK, INC.<br>2233 112th Avenue N.E.<br>Bellevue, Washington 98004<br>Phone: 425-709-3600  Fax: 425-709-7460 | |

INSURERS AFFORDING COVERAGE

| INSURED | |
|---|---|
| WILDER CONSTRUCTION COMPANY<br>11301 Lang Street<br>Anchorage, Alaska 99515-3006 | INSURER A: ST. PAUL FIRE AND MARINE INSURANCE COMPANY |
| | INSURER B: |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR | KK08400407 | 04/01/2004 | 04/01/2005 | EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS-COMP/OP AGG | $ 1,000,000<br>$ 100,000<br>$ 10,000<br>$ 1,000,000<br>$ 2,000,000<br>$ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [X] PROJECT [X] LOC | | | | | |
| A | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | KK08400407 | 04/01/2004 | 04/01/2005 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$ |
| | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY – EA ACCIDENT<br>OTHER THAN AUTO ONLY: EA ACC / AGG | $<br>$<br>$ |
| A | EXCESS LIABILITY<br>[X] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE<br>[X] RETENTION $ 10,000 | KK08400407 | 04/01/2004 | 04/01/2005 | EACH OCCURRENCE<br>AGGREGATE | $ 1,000,000<br>$ 1,000,000<br>$<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | [ ] WC STATUTORY LIMITS [ ] OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE – EACH EMPLOYEE<br>E.L. DISEASE – POLICY LIMIT | $<br>$<br>$ |
| | OTHER | | | | | $<br>$<br>$ |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Tesoro Asphalt Sales Contract. Tesoro Refining and Marketing Company is included as Additional Insured per Endorsement 44449, Edition Date 12/93, page 5 of 10 attached, as respects to Auto. Coverage is primary and non-contributory per Form G0322, Edition Date 12/97 attached, as respects to General Liability. Waiver of Subrogation applies per Form G0326, Edition Date 07/01 attached as respects General Liability. Waiver of Subrogation applies per Endorsement A0186, Edition Date 04/00 attached, as respects to Auto. ****CANCELLATION/MATERIAL CHANGE ENDORSEMENT #D0084, EDITION DATE 10/00 ATTACHED.

| CERTIFICATE HOLDER | [X] ADDITIONAL INSURED; INSURER LETTER: A | CANCELLATION | *10 days for non-payment of premium |
|---|---|---|---|
| TESORO REFINING AND MARKETING COMPANY<br>Asphalt Marketing<br>Attn: Randy Christian<br>P.O. Box 700<br>10 West March Point Road<br>Anacortes, WA 98221 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _10_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE | |

EXHIBIT # 4
Cardiel
7/31/06
Janice Tegarden

ACORD 25-S (7/97)
WILDCONS\CERT04(M04.AK)
© ACORD CORPORATION 1988
CERT #82

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT — CONTRACTORS
GENERAL LIABILITY — INCLUDING COMPLETED WORK**

This endorsement changes your Contractors Commercial General Liability Protection.

### How Coverage Is Changed

There are two changes which are described below.

1. The following is added to the Who Is Protected Under This Agreement section. This change adds certain protected persons and limits their protection.

   **Additional protected person.** The person or organization named below is an additional protected person as required by a contract or agreement entered into by you. But only for covered injury or damage arising out of:

   - your work for that person or organization;
   - your completed work for that person or organization if your contract or agreement requires such coverage;
   - premises you own, rent, or lease from that person or organization; or
   - your maintenance, operation, or use of equipment leased from that person or organization.

   We explain what we mean by your work and your completed work in the Products and completed work total limit section.

   If the additional protected person is an architect, engineer, or surveyor, we won't cover injury or damage arising out of the performance or failure to perform architect, engineer, or surveyor professional services.

   *Architect, engineer, or surveyor professional services* includes:

   - the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, or specification; and
   - supervisory, inspection, or engineering services.

2. The following is added to the Other primary insurance section. This change broadens coverage.

   We'll consider this insurance to be primary to and non-contributory with the insurance issued directly to additional protected persons listed below if:

   - your contract specifically requires that we consider this insurance to be primary or primary and non-contributory; or
   - you request before a loss that we consider this insurance to be primary or primary and non-contributory insurance.

### Other Terms

All other terms of your policy remain the same.

---

**Person Or Organization:**
Any person or organization that you agree in a written contract or agreement to add as an additional protected person. But we won't apply this endorsement to your maintenance, operation, or use of equipment leased from that person or

---

Name of Insured                    Policy Number KK08400407         Effective Date 04/01/04
WILDER CONSTRUCTION COMPANY                                         Processing Date 04/01/04   16:01   001

G0322 Rev. 12-97 Printed in U.S.A.              Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved                          Page 1 of 2

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons for the use of a covered auto.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:
- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.
- Anyone using a covered auto while working in the business of selling, servicing, repairing, storing or parking autos, unless the business is yours.
- Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

Anyone legally responsible for the actions of a protected person. Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury and property damage. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:
- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limit Of Coverage

The Coverage Summary shows the limit of coverage that applies to this agreement.

The Each accident limit is the most we'll pay for the combined total of all covered bodily injury, property damage and pollution cost or expense that results from any one accident. This limit applies regardless of the premiums paid or number of:
- protected persons;
- premiums paid;
- claims made or suits brought;

This endorsement changes your General Rules.

**How Coverage Is Changed**

The following replaces the Recovering Damages From A Third Party section.

**Recovering Damages From A Third Party**

Any protected person under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available.

If we make a payment under this policy that right of recovery will belong to us. But we will not have this right of recovery against any:

- parent company, or owned or controlled subsidiary of yours; or
- affiliated company over which you have management control.

We will work with you or any protected person in the exercise of our right of recovery. If we recover any amount as a result of exercising such right, the amount will be divided as follows:

1. Any protected person or other insurer who paid amounts in excess of the limits of coverage that apply under this policy will be reimbursed for the actual amount paid.

2. Next, we'll be reimbursed for any payments we've actually made.

3. Then, if any amount remains, any protected person or other insurer who paid amounts before the limits of coverage for this policy applied will be reimbursed for the actual amount paid.

**Recovery expenses.** The expenses incurred in obtaining a recovery of any payment we make under this policy from someone other than us will be divided in the same ratio as that recovery is shared. However, if we bring legal action against someone else to recover losses on our own or try to obtain recovery and fail to do so, we'll pay all of the expenses we incur in bringing such action.

**Waiver of rights of recovery.** We waive any right of recovery we may have against any person or organization that you agree in a written contract to waive.

But we'll waive such a right of recovery only for the payments we make under your Contractors Commercial General Liability Protection for covered bodily injury or property damage or medical expenses that result from:

- your ownership, maintenance, or use of a premises that you rent, lease, or borrow from others, or own; or
- your products, your work, or your completed work.

We also waive any right of recovery we may have against any person or organization that you agree in a written contract to waive for any payment we make under your Contractors Commercial General Liability Protection for:

- covered personal injury; or
- covered advertising injury.

The written contract that requires this waiver of right of recovery must be made before and be in effect when:

- the bodily injury or property damage happens; or
- the event that causes the bodily injury resulting in the medical expenses happens; or
- the personal injury offense or advertising injury offense is committed.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Other Terms**

All other terms of your policy remain the same.

NOTICE TO DESCRIBED PERSONS OR ORGANIZATIONS OF MATERIAL CHANGE OR POLICY CANCELLATION ENDORSEMENT

TheStPaul

This endorsement changes:

- your General Rules; or
- any state-required endorsement that changes the Policy Changes or Cancellation rules in your General Rules.

---

**How Coverage Is Changed**

There are two changes explained below.

1. The following is added to the Policy Changes section. This change describes other persons or organizations we'll notify if a material change is made to your policy. Such change does not benefit any persons or organizations not described below.

   We'll mail or deliver written notice of a material change to your policy during its policy period to the described persons or organizations.

   The described persons or organizations and the number of days notice before the change will take effect are shown below.

   *Material change* means a reduction in the applicable:
   - coverage; or
   - limits of coverage.

2. The following is added to the Cancellation section. This change describes other persons or organizations we'll notify if your policy is canceled by you or us. Such change does not benefit any persons or organizations not described below.

   We'll also mail or deliver a notice of cancellation to the described persons or organizations. The described persons or organizations and the number of days notice of cancellation before coverage will end are shown below.

   No other change applies to the Cancellation rule.

**Other Terms**

All other terms of your policy remain the same.

---

**Described Persons Or Organizations**

(Name)                                     (Address)

Any person or organization who requires in a written contract with you that you provide them with notification of material change or cancellation notice.

**Number Of Days Notice**

   45   For material change or cancellation, other than nonpayment of premium

   10   For nonpayment of premium

---

Name of Insured                Policy Number  KK08400407    Effective Date  04/01/04
BUILDER CONSTRUCTION COMPANY                  Processing Date 04/01/04  16:01  001

40084 Ed. 10-00 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved       Page 1 of 1

Exhibit 9, Page 39 of 62

This endorsement changes your General Rules.

### How Coverage Is Changed

The following is added to the Recovering Damages From A Third Party rule. This change waives our right of recovery against certain persons or organizations for certain payments we make under your Auto Liability Protection.

We agree to waive any right of recovery we may have against the person or organization shown below for any payment we make under your Auto Liability Protection for covered injury or damage that results from:

- your ownership, maintenance, use, loading or unloading of a covered auto; and
- work you perform under a contract with that person or organization.

### Other Terms

All other terms of your policy remain the same.

**Description of person or organization:**

\* person or organization who requires in a written contract or agreement

---

 e of Insured     Policy Number KK08400407     Effective Date 04/01/04
WILDER CONSTRUCTION COMPANY              Processing Date 04/01/04    17:44  009

A0186 Ed. 4-00 Printed in U.S.A.          Endorsement
©St Paul Fire and Marine Insurance Co. 2000 All Rights Reserved       Page 1 of 1