# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
4/1/04

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| PARKER, SMITH & FEEK, INC.<br>2233 112th Avenue N.E.<br>Bellevue, Washington 98004 | |
| ne: 425-709-3600   Fax: 425-709-7460 | **INSURERS AFFORDING COVERAGE** |

| INSURED | | |
|---|---|---|
| WILDER CONSTRUCTION COMPANY<br>11301 Lang Street<br>Anchorage, Alaska 99515-3006 | INSURER A: | ST. PAUL FIRE AND MARINE INSURANCE COMPANY |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS-COMP/OP AGG | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | ☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN   EA ACC<br>AUTO ONLY:   AGG | $<br>$ |
| | **EXCESS LIABILITY**<br>☐ OCCUR ☐ CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION $ | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WVK8400045 | 04/01/2004 | 04/01/2005 | ☒ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | E.L. DISEASE - EACH EMPLOYEE | $ 1,000,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| | **OTHER** | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
Tesoro Asphalt Sales Contract.  Waiver of Subrogation applies per Endorsement WC000313 1983 NCCI attached.

| CERTIFICATE HOLDER | | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION | *10 days for non-payment of premium |
|---|---|---|---|---|
| TESORO REFINING AND MARKETING COMPANY<br>Asphalt Marketing<br>Attn: Randy Christian<br>. Box 700<br>.00 West March Point Road<br>Anacortes, WA 98221 | | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10*__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. | |
| | | | AUTHORIZED REPRESENTATIVE | |

ACORD 25-S (7/97)

WILDCONS\CERT04(M01.AK)

© ACORD CORPORATION 1988

CERT #62

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

٦    endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on ·04/01/·04          at 12:01 A.M. standard time, forms a part of
                          (Date)

Policy No.   WVK84000 45          Endorsement No.

of the ST. PAUL FIRE AND MARINE INSURANCE COMPANY   NCCI Carrier Code 13706
                          (Name of Insurance Company)

issued to: WILDER CONSTRUCTION COMPANY

Policy Expiration Date:  ·· 04/01/. 05

Premium (if any) $


                                        _____
                                        Authorized Representative


We have the right to recover our payments from anyone liable for an injury covered by this policy.
٧'·  will not enforce our right against the person or organization named in the Schedule. (This agree-
.  .ıt applies only to the extent that you perform work under a written contract that requires you to
obtain this agreement from us.)                                                   ٧

This agreement shall not operate directly or indirectly to benefit any one not named in the Sched-
ule.


This endorsement does not apply in these states:   Kentucky, New Jersey, Pennsylvania, and Texas.

### Schedule
1.  Name of person or organization:  Any person or organization for whom the Named
    Insured has agreed to furnish this waiver. '

2.  Operations:  All operations.

Copyright 1983 National Council on Compensation Insurance.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work when:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the terms loading or unloading in the Auto exclusion.

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises

for a period of seven or fewer consecutive days.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**Personal injury and advertising injury total limit.** This is the most we'll pay for the combined total of all personal injury and advertising injury that:

- is sustained by all persons and organizations; and
- is caused by all offenses committed in a policy year.

**Personal injury and advertising injury each person limit.** This is the most we'll pay for the combined total of all covered personal injury and advertising injury that:

- is sustained by any one person or organization; and
- is caused by all offenses committed in a policy year.

**Employee benefits total limit.** This is the most we'll pay for all covered employee benefits loss that is caused by all wrongful acts committed in a policy year.

**Employee benefits each wrongful act limit.** This is the most we'll pay for all covered employee benefits loss that is caused by:

- the same wrongful act; or
- related wrongful acts.

We'll consider all covered employee benefits loss that is caused by related wrongful acts committed during more than one policy year to be subject to the limits of coverage that apply to the policy year in which the first wrongful act in the series of related wrongful acts was first committed.

*Related wrongful acts* means two or more wrongful acts that have as a common connection, tie or link any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
Exhibit 9, Page 43 of 62

## Shelley R. Cardiel

**From:** Boele,Michael E [MBOELE@stpaultravelers.com]

**Sent:** Monday, March 13, 2006 10:57 AM

**To:** Shelley R. Cardiel

**Cc:** Linda L. Lira

**Subject:** cg t4 91 11 88.pdf - AI form

<<cg t4 91 11 88.pdf>>
Shelley,

Would this AI form achieve what you are looking for on Wilder for contracts like the one they have with Tesoro?

Michael Boele
(925) 945-4123
mboele@spt.com

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

The St. Paul Travelers e-mail system made this annotation on 03/13/06, 13:57:13.



EXHIBIT # 13
Cardiel
7/31/06
Janice Tegarden

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
ISSUE DATE:    -   -

**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of person or organization:**

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**

Copyright, Insurance Services Office, Inc., 1984

Page 1 of 1

## Shelley R. Cardiel

| | |
|---|---|
| **From:** | Joseph J. McCone |
| **Sent:** | Friday, March 31, 2006 9:16 AM |
| **To:** | 'MBOELE@stpaultravelers.com' |
| **Cc:** | Shelley R. Cardiel; Linda L. Lira; Steven J. White |
| **Subject:** | FW: cg t4 91 11 88.pdf - AI form |

Attached is a copy of the revised Tesoro certificate of insurance with AI forms.

Thanks,
Joe

-----Original Message-----
**From:** Shelley R. Cardiel
**Sent:** Tuesday, March 14, 2006 10:42 AM
**To:** 'Boele,Michael E'
**Cc:** Linda L. Lira; Steven J. White
**Subject:** RE: cg t4 91 11 88.pdf - AI form

This form appears to be acceptable.  We will reissue the Tesoro certificate and others like it immediately and provide you with copies.

Thanks,
Shelley

**PARKER | SMITH | FEEK**

Shelley R. Cardiel, Vice President

2233 112th Avenue NE Bellevue, WA 98004 USA

(425)709-3662v (425)709-7460f

srcardiel@psfinc.com


www.psfinc.com <http://www.psfinc.com/>

The information transmitted is intended only for the person or entity to which it was originally addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

-----Original Message-----
**From:** Boele,Michael E [mailto:MBOELE@stpaultravelers.com]
**Sent:** Monday, March 13, 2006 10:57 AM
**To:** Shelley R. Cardiel
**Cc:** Linda L. Lira
**Subject:** cg t4 91 11 88.pdf - AI form

<<cg t4 91 11 88.pdf>>
Shelley,



Would this AI form achieve what you are looking for on Wilder for contracts like the one they have with Tesoro?

Michael Boele
(925) 945-4123
mboele@spt.com

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

The St. Paul Travelers e-mail system made this annotation on 03/13/06, 13:57:13.

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
04/01/05

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Parker Smith & Feek, Inc.<br>Bellevue Office<br>2033 112th Avenue NE<br>Bellevue, WA  98004 | |
| | **INSURERS AFFORDING COVERAGE** |
| **INSURED**<br>Wilder Construction Company<br>Mike Fallon<br>1525 E. Marine View Drive<br>Everett, WA  98201 | INSURER A: Travelers P&C Co. of America |
| | INSURER B: Travelers P&C Co. of America |
| | INSURER C: National Union Fire Insurance of P |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE  X OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PRO-JECT X LOC | RTC2JCO9494A449TIL | 04/01/05 | 04/01/06 | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $300,000 |
| | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| A | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | RTC2JCAP9494A450TIL | 04/01/05 | 04/01/06 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $<br>$ |
| C | **EXCESS LIABILITY**<br>X OCCUR  ☐ CLAIMS MADE<br><br>☐ DEDUCTIBLE<br>X RETENTION  $10,000 | BE4953240 | 04/01/05 | 04/01/06 | EACH OCCURRENCE | $See Below |
| | | | | | AGGREGATE | $See Below |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | RTRJUB9494A43705<br>OR, AK, MT, ID, CA<br>WA Stop Gap | 04/01/05 | 04/01/06 | X WC STATU-TORY LIMITS  X OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
**Tesoro Asphalt Sales Contract. Tesoro Refining and Marketing Company is included as Additional Insured as respects auto liability. Tesoro Refining and Marketing Company is included as Additional Insured as respects General liability per Endorsement CGT491, Edition Date 11/88 attached. (See Attached Descriptions)**

| CERTIFICATE HOLDER    X ADDITIONAL INSURED; INSURER LETTER: _AC_ | CANCELLATION  Ten Day Notice for Non-Payment of Premium |
|---|---|
| TESORO REFINING AND MARKETING COMPANY<br>Asphalt Marketing<br>Attn: Sarah Hammock<br>PO Box 700; 10200 West March Pt Rd<br>Anacortes, WA  98221 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _45_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>_Joe McCune_ |

ACORD 25-S (7/97)1    of 3    #S63025/M28987    JJM00  © ACORD CORPORATION 1988

# DESCRIPTIONS (Continued from Page 1)

Coverage is primary and non-contributory per Endorsement CG0001, Edition Date 10/01 attached. Waiver of Subrogation applies per Endorsement CGD316, Edition Date 07/04 attached. Waiver of Subrogation applies as spects Auto Liability. Waiver of Subrogation applies per Endorsement WC000313 1983 NCCI attached. Notice of Material Change is provided to the Additional Insured. The umbrella limits are as follows:  $1,000,000 (occ)/$1,000,000 (agg).

AMS 25.3 (07/97) 3    of 3    #S63025/M28987

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I — Coverage A — Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has

POLICY NUMBER:    RTC2JC09494A449TIL

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 03/30/06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED–DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

Name of Person or Organization:

TESORO REFINING AND MARKETING COMPANY

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your acts or omissions.

**CG T4 91 11 88**          Copyright, Insurance Services Office, Inc., 1984          Page 1 of 1

 TravelersPropertyCasualty
A Member of Travelers Group

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 03 13 (00) –

POLICY NUMBER:  RTRJUB9494A43705

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy.  We will not enforce our right against the person or organization named in the Schedule.  (This agreement applies  only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit any  one not named in the Schedule.

## SCHEDULE

**DESIGNATED PERSON:**

Any person or organization for whom the named insured has agreed by written contract executed prior to loss to furnish this waiver.

**DESIGNATED ORGANIZATION:**

DATE OF ISSUE: 04-01-05     ST ASSIGN:

(E06)                    **Exhibit 9, Page 52 of 62**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTORS XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

GENERAL DESCRIPTION OF COVERAGE -- Provisions A.-H. and J.-N. of this endorsement broaden coverage, and provision I. of this endorsement may limit coverage. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the PROVISIONS of this endorsement carefully to determine rights, duties, and what is and is not covered.

A. Broadened Named Insured

B. Extension of Coverage – Damage To Premises Rented To You

  º Perils of fire, explosion, lightning, smoke, water

  º Limit increased to $300,000

C. Blanket Waiver of Subrogation

D. Blanket Additional Insured – Managers or Lessors of Premises

E. Incidental Medical Malpractice

F. Extension of Coverage – Bodily Injury

G. Contractual Liability – Railroads

H. Additional Insured – State or Political Subdivisions

I. Other Insurance Condition

J. Increased Supplementary Payments

  • Cost of bail bonds increased to $2,500

  • Loss of earnings increased to $500 per day

K. Knowledge and Notice of Occurrence or Offense

L. Unintentional Omission

M. Personal Injury – Assumed by Contract

N. Blanket Additional Insured –Lessor of Leased Equipment

## PROVISIONS

### A. BROADENED NAMED INSURED

1. The Named Insured in Item 1. of the Declarations is as follows:

   The person or organization named in Item 1. of the Declarations and any organization, other than a partnership, joint venture or limited liability company, of which you maintain ownership or in which you maintain the majority interest on the effective date of the policy. However, coverage for any such additional organization will cease as of the date, if any, during the policy period, that you no longer maintain ownership of, or the majority interest in, such organization.

2. WHO IS AN INSURED (Section II) Item 4.a. is deleted and replaced by the following:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

3. This Provision A. does not apply to any person or organization for which coverage is excluded by endorsement.

### B. EXTENSION OF COVERAGE – DAMAGE TO PREMISES RENTED TO YOU

1. The last paragraph of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   Exclusions c. through n. do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

   a. Fire;

   b. Explosion;

   c. Lightning;

   d. Smoke resulting from such fire, explosion, or lightning; or

   e. Water.

   A separate limit of insurance applies to this coverage as described in Section III Limits Of Insurance.

 Copyright, The Travelers Indemnity Company, 2004

2. This insurance does not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

   a. Rupture, bursting, or operation of pressure relief devices;

   b. Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

   c. Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

3. Paragraph 6. of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under COVERAGE A. for the sum of all damages because of "property damage" to any one premises while rented to you, or temporarily occupied by you with permission of the owner, caused by: fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; or water. The Damage To Premises Rented To You Limit will apply to all "property damage" proximately caused by the same "occurrence", whether such damage results from: fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; or water; or any combination of any of these causes.

The Damage To Premises Rented To You Limit will be the higher of:

   a. $300,000; or

   b. The amount shown on the Declarations for Damage To Premises Rented To You Limit.

4. Paragraph a. of the definition of "insured contract" (DEFINITIONS – Section V) is deleted and replaced by the following:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by: fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; or water, is not an "insured contract";

5. This Provision B. does not apply if coverage for Damage To Premises Rented To You of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages) is excluded by endorsement.

C. BLANKET WAIVER OF SUBROGATION

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of: premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right where you have agreed to do so as part of a written contract, executed by you before the "bodily injury" or "property damage" occurs or the "personal injury" or "advertising injury" offense is committed.

D. BLANKET ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed before the "bodily injury" or "property damage" occurs or the "personal injury" or "advertising injury" offense is committed, to name as an additional insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises leased to you, subject to the following provisions:

1. Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide in the written contract, or the limits shown on the Declarations, whichever are less.

2. The insurance afforded to the additional insured does not apply to:

   a. Any "bodily injury" or "property damage" that occurs, or "personal injury" or "advertising injury" caused by an offense which is committed, after you cease to be a tenant in that premises;

   b. Any premises for which coverage is excluded by endorsement; or.

   c. Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

3. The insurance afforded to the additional insured is excess over any valid and collectible

Copyright, The Travelers Indemnity Company, 2004
CG D3 16 07 04

**Exhibit 9, Page 54 of 62**

"other insurance" available to such additional insured, unless you have agreed in the written contract that this insurance must be primary to, or non-contributory with, such "other insurance".

E. INCIDENTAL MEDICAL MALPRACTICE

1. The following is added to paragraph 1. Insuring Agreement of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

    "Bodily injury" arising out of the rendering of, or failure to render, the following will be deemed to be caused by an "occurrence":

    a. Medical, surgical, dental, laboratory, x-ray or nursing service, advice or instruction, or the related furnishing of food or beverages;

    b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances;

    c. First aid; or

    d. "Good Samaritan services." As used in this Provision E., "Good Samaritan services" are those medical services rendered or provided in an emergency and for which no remuneration is demanded or received.

2. Paragraph 2.a.(1)(d) of WHO IS AN INSURED (Section II) does not apply to any registered nurse, licensed practical nurse, emergency medical technician or paramedic employed by you, but only while performing the services described in paragraph 1. above and while acting within the scope of their employment by you. Any "employees" rendering "Good Samaritan services" will be deemed to be acting within the scope of their employment by you.

3. The following exclusion is added to paragraph 2. Exclusions of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

    (This insurance does not apply to:) "Bodily injury" or "property damage" arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals committed by or with the knowledge or consent of the insured.

4. For the purposes of determining the applicable limits of insurance, any act or omission together with all related acts or omissions in the furnishing of the services described in paragraph 1. above to any one person will be deemed one "occurrence".

5. This Provision E. does not apply if you are in the business or occupation of providing any of the services described in paragraph 1. above.

6. The insurance provided by this Provision E. shall be excess over any valid and collectible "other insurance" available to the insured, whether primary, excess, contingent or on any other basis, except for insurance that you bought specifically to apply in excess of the Limits of Insurance shown on the Declarations of this Coverage Part.

F. EXTENSION OF COVERAGE – BODILY INJURY

The definition of "bodily injury" (DEFINITIONS – Section V) is deleted and replaced by the following:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

G. CONTRACTUAL LIABILITY – RAILROADS

1. Paragraph c. of the definition of "insured contract" (DEFINITIONS – Section V) is deleted and replaced by the following:

    c. Any easement or license agreement;

2. Paragraph f.(1) of the definition of "insured contract" (DEFINITIONS – Section V) is deleted.

H. ADDITIONAL INSURED – STATE OR POLITICAL SUBDIVISIONS – PERMITS

WHO IS AN INSURED (Section II) is amended to include as an insured any state or political subdivision, subject to the following provisions:

1. This insurance applies only when required to be provided by you by an ordinance, law or building code and only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

2. This insurance does not apply to:

    a. "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of operations performed for the state or political subdivision; or

b. "Bodily injury" or "property damage" included in the "products-completed operations hazard".

I. OTHER INSURANCE CONDITION

A. COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV), paragraph 4. (Other Insurance) is deleted and replaced by the following:

4. Other Insurance

If valid and collectible "other insurance" is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the "other insurance" is also primary. Then, we will share with all that "other insurance" by the method described in c. below.

b. Excess Insurance

This insurance is excess over any of the "other insurance", whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk, or similar coverage for "your work";

(2) That is Fire Insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(3) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(4) If the loss arises out of the maintenance or use of aircraft, "autos", or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability; or

(5) That is available to the insured when the insured is an additional

insured under any other policy, including any umbrella or excess policy.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any provider of "other insurance" has a duty to defend the insured against that "suit". If no provider of "other insurance" defends, we will undertake to do so, but we will be entitled to the insured's rights against all those providers of "other insurance".

When this insurance is excess over "other insurance", we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such "other insurance" would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under that "other insurance".

We will share the remaining loss, if any, with any "other insurance" that is not described in this Excess Insurance provision.

c. Method Of Sharing

If all of the "other insurance" permits contribution by equal shares, we will follow this method also. Under this approach each provider of insurance contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the "other insurance" does not permit contribution by equal shares, we will contribute by limits. Under this method, the share of each provider of insurance is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all providers of insurance.

B. The following definition is added to DEFINITIONS (Section V):

"Other Insurance":

a. Means insurance, or the funding of losses, that is provided by, through or on behalf of:

Copyright, The Travelers Indemnity Company, 2004

(1) Another insurance company;

(2) Us or any of our affiliated insurance com-
panies, except when the Non cumulation
of Each Occurrence Limit section of
Paragraph 5 of LIMITS OF INSURANCE
(Section III) or the Non cumulation of Per-
sonal and Advertising Injury limit sections
of Paragraph 4 of LIMITS OF INSUR-
ANCE (Section III) applies;

(3) Any risk retention group;

(4) Any self-insurance method or program,
other than any funded by you and over
which this Coverage Part applies; or

(5) Any similar risk transfer or risk manage-
ment method.

b. Does not include umbrella insurance, or ex-
cess insurance, that you bought specifically to
apply in excess of the Limits of Insurance
shown on the Declarations of this Coverage
Part.

## J. INCREASED SUPPLEMENTARY PAYMENTS

Paragraphs 1.b. and 1.d. of SUPPLEMENTARY
PAYMENTS – COVERAGES A AND B (Section I
– Coverages) are amended as follows:

1. In paragraph 1.b., the amount we will pay for
the cost of bail bonds is increased to $2500.

2. In paragraph 1.d., the amount we will pay for
loss of earnings is increased to $500 a day.

## K. KNOWLEDGE AND NOTICE OF OCCUR-RENCE OR OFFENSE

1. The following is added to COMMERCIAL
GENERAL LIABILITY CONDITIONS (Section
IV), paragraph 2. (Duties In The Event of Oc-
currence, Offense, Claim or Suit):

Notice of an "occurrence" or of an offense
which may result in a claim must be given as
soon as practicable after knowledge of the
"occurrence" or offense has been reported to
you, one of your "executive officers" (if you
are a corporation), one of your partners who
is an individual (if you are a partnership), one
of your managers (if you are a limited liability
company), or an "employee" (such as an in-
surance, loss control or risk manager or ad-
ministrator) designated by you to give such
notice.

Knowledge by any other "employee" of an
"occurrence" or offense does not imply that
you also have such knowledge.

2. Notice of an "occurrence" or of an offense
which may result in a claim will be deemed to
be given as soon as practicable to us if it is
given in good faith as soon as practicable to
your workers' compensation insurer. This ap-
plies only if you subsequently give notice of
the "occurrence" or offense to us as soon as
practicable after you, one of your "executive
officers" (if you are a corporation), one of your
partners who is an individual (if you are a
partnership), one of your managers (if you are
a limited liability company), or an "employee"
(such as an insurance, loss control or risk
manager or administrator) designated by you
to give such notice discovers that the "occur-
rence" or offense may involve this policy.

3. This Provision K. does not apply as respects
the specific number of days within which you
are required to notify us in writing of the
abrupt commencement of a discharge, re-
lease or escape of "pollutants" that causes
"bodily injury" or "property damage" which
may otherwise be covered under this policy.

## L. UNINTENTIONAL OMISSION

The following is added to COMMERCIAL GEN-
ERAL LIABILITY CONDITIONS (Section IV),
paragraph 6. (Representations):

The unintentional omission of, or unintentional
error in, any information provided by you which
we relied upon in issuing this policy shall not
prejudice your rights under this insurance. How-
ever, this Provision L. does not affect our right to
collect additional premium or to exercise our right
of cancellation or nonrenewal in accordance with
applicable state insurance laws, codes or regula-
tions.

## M. PERSONAL INJURY – ASSUMED BY CON-TRACT

1. The following is added to Exclusion e. (1) of
Paragraph 2., Exclusions of Coverage B.
Personal Injury, Advertising Injury, and
Web Site Injury Liability of the Web XTEND
Liability endorsement:

Solely for the purposes of liability assumed in
an "insured contract", reasonable attorney
fees and necessary litigation expenses in-
curred by or for a party other than an insured
are deemed to be damages because of "per-
sonal injury" provided:

(a) Liability to such party for, or for the cost
of, that party's defense has also been as-

sumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

2. Paragraph 2.d. of SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section I – Coverages) is deleted and replaced by the following:

d. The allegations in the "suit" and the information we know about the "occurrence" or offense are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

3. The third sentence of Paragraph 2 of SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section I – Coverages) is deleted and replaced by the following:

Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, or the provisions of Paragraph 2.e.(1) of Section I – Coverage B – Personal Injury, Advertising Injury And Web Site Injury Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage", or damages for "personal injury", and will not reduce the limits of insurance.

4. This provision M. does not apply if coverage for "personal injury" liability is excluded by endorsement.

**N. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT**

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed before the "bodily injury" or "property damage" occurs or the "personal injury" or "advertising injury" offense is committed, to name as an additional insured, but only with respect to their liability for "bodily injury", "property damage", "personal injury" or "advertising injury" caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such additional insured, subject to the following provisions:

1. Limits of insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide in the written contract, or the limits shown on the Declarations, whichever are less.

2. The insurance afforded to the additional insured does not apply to any "bodily injury" or "property damage" that occurs, or "personal injury" or "advertising injury" caused by an offense which is committed, after the equipment lease expires.

3. The insurance afforded to the additional insured is excess over any valid and collectible "other insurance" available to such additional insured, unless you have agreed in the written contract that this insurance must be primary to, or non-contributory with, such "other insurance".

      Copyright, The Travelers Indemnity Company, 2004      CG D3 16 07 04

COPY

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT – CONTRACTORS
GENERAL LIABILITY – INCLUDING COMPLETED WORK**



This endorsement changes your Contractors
Commercial General Liability Protection.

---

## How Coverage Is Changed

There are two changes which are described
below.

1.  The following is added to the Who Is
    Protected Under This Agreement section.
    This change adds certain protected
    persons and limits their protection.

    **Additional protected person.**  The person or
    organization named below is an
    additional protected person as required
    by a contract or agreement entered into
    by you.  But only for covered injury or
    damage arising out of:

    *   your work for that person or
        organization;
    *   your completed work for that person
        or organization if your contract or
        agreement requires such coverage;
    *   premises you own, rent, or lease from
        that person or organization; or
    *   your maintenance, operation, or use of
        equipment leased from that person or
        organization.

    We explain what we mean by your work
    and your completed work in the Products
    and completed work total limit section.

    If the additional protected person is an
    architect, engineer, or surveyor, we won't
    cover injury or damage arising out of the
    performance or failure to perform

    architect, engineer, or surveyor
    professional services.

    *Architect, engineer, or surveyor
    professional services*  includes:

    *   the preparation or approval of maps,
        drawings, opinions, reports, surveys,
        change orders, designs, or
        specification; and
    *   supervisory, inspection, or engineering
        services.

2.  The following is added to the Other
    primary insurance section.  This change
    broadens coverage.

    We'll consider this insurance to be
    primary to and non-contributory with the
    insurance issued directly to additional
    protected persons listed below if:

    *   your contract specifically requires that
        we consider this insurance to be
        primary or primary and non-
        contributory; or
    *   you request before a loss that we
        consider this insurance to be primary
        or primary and non-contributory
        insurance.

## Other Terms

All other terms of your policy remain the
same.

---

**Person Or Organization:**

Any person or organization you are required in a written contract to show as an
additional protected person.

---

**Name of Insured**                    **Policy Number** KK08300629        **Effective Date** 04/01/98
WILDER CONSTRUCTION COMPANY                                             **Processing Date** 06/30/98  12:13  001

G0322 Rev. 12-97 Printed in U.S.A.              Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved                    Page 1 of 1

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT – CONTRACTORS
GENERAL LIABILITY – INCLUDING COMPLETED WORK**



The StPaul

This endorsement changes your Contractors
Commercial General Liability Protection.

---

## How Coverage Is Changed

There are two changes which are described
below.

1. The following is added to the Who Is
Protected Under This Agreement section.
This change adds certain protected
persons and limits their protection.

   **Additional protected person.** The person or
   organization named below is an
   additional protected person as required
   by a contract or agreement entered into
   by you. But only for covered injury or
   damage arising out of:
   - your work for that person or
     organization;
   - your completed work for that person
     or organization if your contract or
     agreement requires such coverage;
   - premises you own, rent, or lease from
     that person or organization; or
   - your maintenance, operation, or use of
     equipment leased from that person or
     organization.

   We explain what we mean by your work
   and your completed work in the Products
   and completed work total limit section.

   If the additional protected person is an
   architect, engineer, or surveyor, we won't
   cover injury or damage arising out of the
   performance or failure to perform

architect, engineer, or surveyor
professional services.

*Architect, engineer, or surveyor
professional services* includes:
- the preparation or approval of maps,
  drawings, opinions, reports, surveys,
  change orders, designs, or
  specification; and
- supervisory, inspection, or engineering
  services.

2. The following is added to the Other
primary insurance section. This change
broadens coverage.

   We'll consider this insurance to be
   primary to and non-contributory with the
   insurance issued directly to additional
   protected persons listed below if:
   - your contract specifically requires that
     we consider this insurance to be
     primary or primary and non-
     contributory; or
   - you request before a loss that we
     consider this insurance to *be* primary
     or primary and non-contributory
     insurance.

## Other Terms

All other terms of your policy remain the
same.

---

**Person Or Organization:**
Any person or organization you are required in a contract to show as an
additional protected person.

---

**Name of Insured**              **Policy Number** KK08400210          **Effective Date** 04/01/00
WILDER CONSTRUCTION COMPANY                                  **Processing Date** 04/20/00   11:23   001

# ADDITIONAL PROTECTED PERSONS ENDORSEMENT – CONTRACTORS GENERAL LIABILITY – INCLUDING COMPLETED WORK

The St Paul

This endorsement changes your Contractors Commercial General Liability Protection.



EXHIBIT # 22
Cardiel
7/31/06
Janice Tegarden

## How Coverage Is Changed

There are two changes which are described below.

1. The following is added to the Who Is Protected Under This Agreement section. This change adds certain protected persons and limits their protection.

   **Additional protected person.** The person or organization named below is an additional protected person as required by a contract or agreement entered into by you. But only for covered injury or damage arising out of:

   - your work for that person or organization;
   - your completed work for that person or organization if your contract or agreement requires such coverage;
   - premises you own, rent, or lease from that person or organization; or
   - your maintenance, operation, or use of equipment leased from that person or organization.

   We explain what we mean by your work and your completed work in the Products and completed work total limit section.

   If the additional protected person is an architect, engineer, or surveyor, we won't cover injury or damage arising out of the performance or failure to perform architect, engineer, or surveyor professional services.

   *Architect, engineer, or surveyor professional services* includes:

   - the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, or specification; and
   - supervisory, inspection, or engineering services.

2. The following is added to the Other primary insurance section. This change broadens coverage.

   We'll consider this insurance to be primary to and non-contributory with the insurance issued directly to additional protected persons listed below if:

   - your contract specifically requires that we consider this insurance to be primary or primary and non-contributory; or
   - you request before a loss that we consider this insurance to be primary or primary and non-contributory insurance.

## Other Terms

All other terms of your policy remain the same.

---

**Person Or Organization:**
Any person or organization you are required in a contract to show as an additional protected person.

---

**Name of Insured**
WILDER CONSTRUCTION COMPANY

**Policy Number** KK08400275

**Effective Date** 04/01/01

**Processing Date** 04/24/01   12:51   001

Exhibit 9, Page 61 of 62

COPY

# ADDITIONAL PROTECTED PERSONS ENDORSEMENT – CONTRACTORS GENERAL LIABILITY – INCLUDING COMPLETED WORK

The **St.Paul**

This endorsement changes your Contractors Commercial General Liability Protection.



---

## How Coverage Is Changed

There are two changes which are described below.

1. The following is added to the Who Is Protected Under This Agreement section. This change adds certain protected persons and limits their protection.

   **Additional protected person.** The person or organization named below is an additional protected person as required by a contract or agreement entered into by you. But only for covered injury or damage arising out of:

   - your work for that person or organization;
   - your completed work for that person or organization if your contract or agreement requires such coverage;
   - premises you own, rent, or lease from that person or organization; or
   - your maintenance, operation, or use of equipment leased from that person or organization.

   We explain what we mean by your work and your completed work in the Products and completed work total limit section.

   If the additional protected person is an architect, engineer, or surveyor, we won't cover injury or damage arising out of the performance or failure to perform architect, engineer, or surveyor professional services.

   *Architect, engineer, or surveyor professional services* includes:

   - the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, or specification; and
   - supervisory, inspection, or engineering services.

2. The following is added to the Other primary insurance section. This change broadens coverage.

   We'll consider this insurance to be primary to and non-contributory with the insurance issued directly to additional protected persons listed below if:

   - your contract specifically requires that we consider this insurance to be primary or primary and non-contributory; or
   - you request before a loss that we consider this insurance to be primary or primary and non-contributory insurance.

## Other Terms

All other terms of your policy remain the same.

---

**Person Or Organization:**

Any person or organization that you agree in a written contract or agreement to add as an additional protected person. But we won't apply this endorsement to your maintenance, operation, or use of equipment leased from that person or

---

| Name of Insured | Policy Number KK08400332 | Effective Date 04/01/02 |
|---|---|---|
| WILDER CONSTRUCTION COMPANY | | Processing Date 04/24/02   15:04   001 |

G0322 Rev. 12-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

Page 1 of 2