IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE


BONNIE L. ROGERS, Individually, and
as Personal Representative of the
Estate of Larry D. Rogers,

       Plaintiff,

  vs.

TESORO ALASKA COMPANY, and
SHAWN BROWN,

       Defendants.
_____/
Case No. A05-151 Civil (RRB)



DEPOSITION OF SHAWN THOMAS BROWN
Pages 1 - 100, inclusive


Wednesday, August 3, 2005
9:58 a.m.


Taken by Attorneys for Plaintiff
at
The Jefferson Law Office
215 Fidalgo Avenue, Suite 201
Kenai, Alaska  99611



Reported by:  Gail Ruth Peckham,
            Registered Professional Reporter

Page 34

1  copying an old form and there was some predecessor
2  company before this called APC.
3         Alaska Petroleum Contractors hasn't bought
4  you guys, have they?
5     A.  Not to my knowledge.
6     Q.  Okay. I was just trying to understand
7  how -- okay -- what was going on there.
8         Who do you consider to have the
9  responsibility over the asphalt loading rack.
10    A.  That would be the refinery manager, as it's
11 a refinery asset.
12    Q.  And who is that?
13        I'm sorry. On October 6th who was that?
14    A.  Of 2004?
15    Q.  Yes.
16    A.  That would have been Rod Cason.
17    Q.  Okay.
18    A.  C-a-s-o-n.
19    Q.  C-a-s-o-n. And I should have know that.
20        And is Mr. Cason still the refinery
21 manager?
22    A.  No, sir, he's retired.
23    Q.  Okay. And who would have had safety
24 responsibilities for the asphalt loading rack?
25        MR. CLARKSON: I'll object to the form of

Page 35

1  the question.
2         But go ahead.
3         THE WITNESS: Well, the individual
4  responsible for safety, as I mentioned, was -- is
5  Steve Hoogland, is the manager of safety.
6  BY MR. JEFFERSON:
7     Q.  And is he still the manager of safety?
8     A.  Yes, sir. Safety, Health and
9  Environmental.
10    Q.  Prior to this accident, at some time in the
11 two years prior to this accident, was there a
12 procedure in effect for the asphalt loading rack that
13 there would be a representative of one of the Tesoro
14 companies present when trucks were being loaded?
15    A.  Yes, sir.
16    Q.  And when did that procedure change?
17    A.  As far as an exact date, I can't recollect.
18 Probably -- I think it was about -- possibly in 2003
19 we discontinued having an employee present during a
20 loading operation.
21    Q.  And what was the role of the employee whose
22 presence had been discontinued?
23    A.  Basically they just went down there and
24 just observed the loading.
25        We were having problems with the computer

Page 36

1  system. So it would -- it would glitch and the
2  loading would stop, and then we would have to correct
3  that, those type of things.
4         One of the reasons we discontinued
5  providing personnel there is -- the way it started
6  out is the driver would come to the rack and call to
7  have -- you know, say, "I'm ready to load." So we'd
8  have to send an employee there. And the employee
9  might be doing other duties. And it got to the point
10 where -- after -- after a number of years of
11 operating, that the truck driver would have the
12 loading started by the time the guy got there.
13 Because all our employee was doing was standing by.
14 The driver would go up on his truck, open the hatch
15 and do all of the -- you know, put the spout in and
16 do all the -- basically all of the loading operation
17 was done by the driver, and our employee was just
18 there just to stand by in case there was an issue
19 related to the operational part of it.
20        And so what we ended up doing is we brought
21 in Jim Doyle, Weaver Brothers' owner, and discussed
22 the operation with Jim and -- and went over, reviewed
23 the operating procedure, any personal protective
24 equipment that we would -- thought would be
25 beneficial.

Page 37

1         Our concern was exposure to the hot
2  asphalt. And in working with Jim, we came to
3  agreement that if they had the proper preparedness
4  protection equipment on and they weren't standing
5  over the dome, open dome of the truck, during a
6  loading procedure, that there really wasn't a hazard
7  right there of an employee getting exposed to the
8  asphalt and getting injured. That, you know, our
9  employee really wasn't doing anything, and it would
10 be just probably -- save time and be more practical
11 for -- to do it without our employee being there,
12 because basically the truck driver was doing all the
13 operations.
14    Q.  So were you part of those discussions?
15    A.  Yes, sir.
16    Q.  Okay. And so in terms of the change of
17 procedure to no longer have a Tesoro -- or a Tesoro
18 company employee present, irrespective of who
19 actually -- which of the mini variations -- he worked
20 for, you participated in that?
21    A.  Yes. I was a participant in that decision.
22    Q.  Okay. And did you initiate that decision?
23    A.  I don't know if I initiated it. It was a
24 discussion, from an operations standpoint, that, you
25 know, we're -- you know, we're causing delays

10 (Pages 34 to 37)

PENINSULA REPORTING    907/283-4429
110 Trading Bay Drive, Suite 100   Kenai, Alaska   99611
Exhibit 10, Page 2 of 2                 7c8f2433-293b-41b7-8b8a-f671d070bf3c