Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |
| STATE OF WASHINGTON ) | |
| ) ss. | |
| KING COUNTY ) | |

**AFFIDAVIT OF SARAH HAMMOCK
IN SUPPORT OF TESORO ALASKA COMPANY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

SARAH HAMMOCK, being first duly sworn, deposes and states:

1.  I am currently employed as a Marketing Administrator by Tesoro Refining & Marketing Company ("TRMC"). I was employed by TRMC in July, 2004, as its Administrator, Asphalt Marketing. TRMC routinely acts on behalf of Tesoro Alaska with respect to the sale of asphalt, completing contracts with customers for the sale of asphalt that Tesoro Alaska makes at its Kenai, Alaska refinery.

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF SARAH HAMMOCK IN SUPPORT OF TESORO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 3

2.      In 2004, my responsibilities at TRMC included, among other things, collecting insurance certificates that were provided to Tesoro Alaska by its customers pursuant to contracts for the sale of asphalt. When such insurance certificates were received by TRMC on behalf of Tesoro Alaska, I matched the particular certificate with the asphalt sale contract under which the certificate was provided and then placed a copy of the certificate in the file for that contract and forwarded the original certificate to Tesoro Corporation's Risk Management Department in San Antonio, Texas. Wilder Construction Company ("Wilder") was a customer that Tesoro Alaska sold asphalt to in 2004.

3.      The document marked as Exhibit 2 to Tesoro Alaska's Memorandum in Support of Motion for Partial Summary Judgment is a copy of the Additional Protected Person Endorsement that is contained within TRMC's file regarding Wilder and Asphalt Sales Contract No. 40008078. The documents marked as Exhibit 7 to Tesoro's Memorandum in Support of Motion for Partial Summary Judgment are copies of the Certificates of Liability Insurance that are contained within TRMC's file regarding Wilder and Asphalt Sales Contract No. 40008078.

DATED this 21st day of September, 2006.

_____
SARAH HAMMOCK

SUBSCRIBED & SWORN to before me, a Notary Public in and for Washington, this 21st day of September, 2006.

_____
NOTARY PUBLIC in and for Washington.
My Commission Expires: 9-30-06.

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF SARAH HAMMOCK IN SUPPORT OF TESORO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 3

Certificate of Service

I hereby certify that on Sept. 22, 2006
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

/s/ Kevin G. Clarkson

MCKENNA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF SARAH HAMMOCK IN SUPPORT OF TESORO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 3 of 3