Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |

| | |
|---|---|
| STATE OF ALASKA ) | |
| ) ss. | |
| THIRD JUDICIAL DISTRICT ) | |

AFFIDAVIT OF STEVE HANSEN
IN SUPPORT OF
TESORO ALASKA COMPANY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

STEVE HANSEN, being first duly sworn, deposes and states:

1. I am currently employed by Tesoro Alaska Company ("Tesoro Alaska") as its Vice President, Refining. In 2004, including October 6, 2004, I was employed by Tesoro Alaska as its

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF STEVE HANSEN IN SUPPORT OF TESORO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 4

Business Manager. As Business Manager, I was responsible for all of Tesoro Alaska's commercial transactions. In this position I was aware of the asphalt sales that were being transacted.

2. As part of its refinery operation, Tesoro Alaska makes asphalt that it sells to customers. Tesoro Alaska delivers asphalt to customers at an asphalt loading rack that is located and operated near the Kenai refinery.

3. Wilder Construction Company d/b/a Central Paving Products ("Wilder") is a customer of Tesoro Alaska that purchases asphalt. The document marked as Exhibit 1 to Tesoro Alaska's Memorandum in Support of Motion for Partial Summary Judgment is a true and correct photocopy of Contract No. 40008078 between Tesoro Alaska and Wilder dated July 7, 2004, for the purchase and sale of asphalt. Wilder contracted with Weaver Bros./Doyle's Fuel Service, Inc. (Doyle's) to receive, transport and deliver the asphalt that Wilder purchased from Tesoro Alaska.

4. On October 6, 2004, Larry D. Rogers (L. Rogers), a truck driver employed by Doyle's, was at the Tesoro Alaska asphalt loading rack loading asphalt under the Asphalt Sales Contract referenced in paragraph 3 above. That morning, L. Rogers was found lying on the upper level grating of the Tesoro Alaska asphalt loading rack near the Driver's Room door, bleeding from a wound on his head.

5. It is assumed that L. Rogers, while loading asphalt into the tanker trailer he was operating for Doyle's, somehow and for some reason fell from the top of the tanker onto the ground.

6. Although Wilder does not and did not in October, 2004, contract to perform work for Tesoro Alaska, the trucking company (Doyle's) that Wilder contracted to come to Tesoro Alaska's asphalt rack and pick up and transport asphalt, does perform for Tesoro Alaska, one part of Tesoro

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF STEVE HANSEN IN SUPPORT OF TESORO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 4

Alaska's contractual obligation to Wilder under the Asphalt Sales Contract. The Asphalt Sales Contract between Tesoro Alaska and Wilder provides at paragraph 4(b) that ownership, title, and risk of loss regarding the asphalt ("the Product") passes from Tesoro Alaska to Wilder at the point and time that "Seller," (Tesoro Alaska) loads the asphalt into Wilder's truck or Wilder's representative's truck. Doyle's is Wilder's representative and it picks up the asphalt for Wilder using Doyles' trucks and tanker trailers. Tesoro Alaska has arranged with Doyle's, as Wilder's representative, to actually perform the physical operation of Tesoro Alaska's equipment at the rack and to pump or load the asphalt into Doyles' tankers. In this respect, Doyle's as Wilder's representative, is performing one part of Tesoro's contractual obligation to Wilder under the Asphalt Sales Contract.

7. Wilder does not presently rent or lease premises from Tesoro Alaska, and does not presently lease equipment from Tesoro Alaska. Wilder also did no such things in 2004. Tesoro Alaska does not presently conduct any business or operations on premises owned or controlled by Wilder, and Tesoro Alaska also did not do so in 2004. Wilder is now and was in 2004 Tesoro Alaska's customer, a buyer of asphalt, to whom Tesoro Alaska sells asphalt.

DATED this 21 day of September, 2006.

_____
STEVE HANSEN

SUBSCRIBED & SWORN to before me, a Notary Public in and for Alaska, this 21st day of September, 2006.

NOTARY PUBLIC
DINA R. PIZZUTO
STATE OF ALASKA
MY COMM. EXP 2-7-09

_____
NOTARY PUBLIC in and for Alaska.
My Commission Expires: 2-7-09

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF STEVE HANSEN IN SUPPORT OF TESORO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 3 of 4

<u>Certificate of Service</u>
I hereby certify that on Sept. 22, 2006.
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

/s/ Kevin G. Clarkson

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF STEVE HANSEN IN SUPPORT OF TESORO'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 4 of 4