Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TESORO ALASKA COMPANY,           ) | |
|                                  ) | |
|            Plaintiff,            ) | |
|                                  ) | |
|     v.                           ) | |
|                                  ) | |
| ST. PAUL FIRE AND MARINE         ) | |
| INSURANCE COMPANY,               ) | |
|                                  ) | |
|            Defendant.            ) | Case No. 3:06-CV-00020-TMB |
| _____  ) | |

**STIPULATION FOR EXTENSION OF TIME
TO FILE REPLY REGARDING MOTION TO AMEND COMPLAINT**
**(Docket #12)**

Come now the parties, by and through counsel, and hereby stipulate and agree that Plaintiff, Tesoro Alaska Company, shall have an extension of time until October 12, 2006, to file its Reply to the Motion to Amend Complaint filed herein at Docket #12. Plaintiff's Reply is currently due September 28, 2006.

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

DATED this 28th day of September, 2006.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Plaintiff
Tesoro Alaska Company

By   /s/ Kevin G. Clarkson
    ABA No. 8511149
    310 K Street, Suite 601
    Anchorage, AK 99501
    (907) 258-2000 - Telephone
    (907) 258-2001 - Facsimile
    E-mail: kclarkson@brenalaw.com

REED McCLURE
Attorneys for Defendant
St. Paul Fire and Marine Insurance Company

By   /s/ Earl M. Sutherland
    Earl M. Sutherland
    ABA No. 8111132
    Two Union Square
    601 Union Street, Suite 1500
    Seattle, WA 98101-1363
    (206) 386-7045 - Telephone
    (206) 223-0152 - Facsimile
    E-mail: esutherland@rmlaw.com

**Certificate of Service**

I hereby certify that on September 28, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2