Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TESORO ALASKA COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. PAUL FIRE AND MARINE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE REPLY REGARDING MOTION TO AMEND COMPLAINT**<br><br>Case No. 3:06-CV-00020-TMB |

Having considered the parties' Stipulation for Extension of Time to File Reply Regarding Motion to Amend Complaint (Docket #12), and for good cause otherwise appearing, said motion is hereby GRANTED.

Plaintiff Tesoro Alaska Company shall have an extension of time until October 12, 2006, to file its Reply to the Motion to Amend Complaint herein filed at Docket #12.

DATED _____.

_____
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT
<u>Tesoro v. St. Paul Fire and Marine Insurance Company</u>, Case No. 3:06-CV-00020-TMB
Page 1 of 2

**Certificate of Service**

I hereby certify that on September 28, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com


  /s/ Kevin G. Clarkson

**BRENA, BELL &
CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO ALASKA COMPANY'S MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2