Earl M. Sutherland, Esq.
REED MCCLURE
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363

Attorneys for St. Paul Fire and
Marine Insurance Company

HONORABLE TIMOTHY M. BURGESS

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendant. | NO. 3:06-CV-00020-TMB<br><br>STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Come now the parties and stipulate and agree that St. Paul may have until November 20, 2006 to file a response to the motion for summary judgment filed by plaintiff Tesoro. The parties recognize that the defendant could request additional time pursuant to F.R.Civ.P 56(f) for discovery in aid of the opposition. In addition, the defendant and the plaintiff have agreed to a discovery conference with regard to the plaintiff's discovery responses which may result in the need for a discovery motion, also in aid of the opposition to this motion. If the court grants the stipulation, the parties will strive to resolve these issues or present them to the court in time to meet this deadline. The extension should not affect the deadlines

STIPULATION RE EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

067690 094243\#138725

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

previously set and if subsequent events suggest otherwise, the parties will call that to the court's attention.

DATED this 10TH day of October, 2006.

| | |
|---|---|
| REED McCLURE | BRENA, BELL & CLARKSON, P.C. |
| | |
| /s/ Earl M. Sutherland | /s/ Kevin G. Clarkson |
| Earl M. Sutherland, ABA #8111132 | Kevin G. Clarkson |
| Two Union Square | ABA No. 8511149 |
| 601 Union Street, Ste. 1500 | 310 K. Street, Suite 601 |
| Seattle, WA 98101-1363 | Anchorage, AK 99501 |
| (206) 292-4900 – Telephone | (907) 258-2000 – Telephone |
| (206) 223-0152 - Fax | (907) 258-2001 – Facsimile |
| Email: esutherland@rmlaw.com | E-mail: kclarkson@brenalaw.com |
| Attorneys for St. Paul Fire and Marine Insurance Company | Attorneys for Tesoro Alaska Company |

**Certificate of Service**

I hereby certify that on October 10, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for Tesoro Alaska Company)
Kevin G. Clarkson
310 K. Street, Suite 601
Anchorage, AK 99501
E-mail: kclarkson@brenalaw.com

/s/ Earl M. Sutherland

STIPULATION RE EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2

067690 094243\#138725

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152