Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |

**SECOND STIPULATION FOR EXTENSION OF TIME**
**TO FILE REPLY REGARDING MOTION TO AMEND COMPLAINT**
**(Docket #12)**

Come now the parties, by and through counsel, and hereby stipulate and agree that Plaintiff, Tesoro Alaska Company, shall have a second extension of time until October 26, 2006, to file its Reply to the Motion to Amend Complaint filed herein at Docket #12. Plaintiff's Reply is currently due October 12, 2006.

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

SECOND STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

DATED this 12th day of October, 2006.

          BRENA, BELL & CLARKSON, P.C.
          Attorneys for Plaintiff
          Tesoro Alaska Company

By    /s/ Kevin G. Clarkson
       ABA No. 8511149
       310 K Street, Suite 601
       Anchorage, AK 99501
       (907) 258-2000 - Telephone
       (907) 258-2001 - Facsimile
       E-mail: kclarkson@brenalaw.com

REED McCLURE
Attorneys for Defendant
St. Paul Fire and Marine Insurance Company

By  /s/ Earl M. Sutherland
      Earl M. Sutherland
      ABA No. 8111132
      Two Union Square
      601 Union Street, Suite 1500
      Seattle, WA 98101-1363
      (206) 386-7045 - Telephone
      (206) 223-0152 - Facsimile
      E-mail: esutherland@rmlaw.com

**Certificate of Service**

I hereby certify that on October 12, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

SECOND STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2