Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE REPLY REGARDING MOTION TO AMEND COMPLAINT
**(Docket #12)**

Comes now the Plaintiff, Tesoro Alaska Company, by and through counsel, Brena, Bell & Clarkson, P.C., and hereby moves this Court for an order granting Tesoro an extension of time until November 28, 2006, to file its Reply to the Motion to Amend Complaint filed at Docket #12.

The parties are scheduled for mediation on November 14, 2006, in this action and on the underlying Rogers v. Tesoro Alaska Company action presently pending in the State Superior Court at Kenai, Alaska. Because there is the possibility of settlement of the issues in this case, Tesoro asks

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

for an extension of time to file its Reply regarding the Motion to Amend Complaint. Settlement would of course render the Motion to Amend moot. In the interests of time-management and economic efficiency, Tesoro requests this extension of time to file its Reply on the Motion to Amend.

Plaintiff's Reply is currently due October 26, 2006, and the parties have previously entered into two stipulations to extend this filing deadline from its original due date of September 28, 2006.

DATED this 26th day of October, 2006.

>
> BRENA, BELL & CLARKSON, P.C.
> Attorneys for Plaintiff
> Tesoro Alaska Company
>
> By  /s/ Kevin G. Clarkson
> ABA No. 8511149
> 810 N Street, Suite 100
> Anchorage, AK 99501
> (907) 258-2000 - Telephone
> (907) 258-2001 - Facsimile
> E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on October 26, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

**BRENA, BELL &
CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2