Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TESORO ALASKA COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. PAUL FIRE AND MARINE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY REGARDING MOTION TO AMEND COMPLAINT**<br><br>Case No. 3:06-CV-00020-TMB |

Having considered Tesoro's Motion for Extension of Time to File Reply Regarding Motion to Amend Complaint (Docket #12), any opposition thereto, and for good cause otherwise appearing, said motion is hereby GRANTED.

Plaintiff Tesoro Alaska Company shall have an extension of time until November 28, 2006, to file its Reply to the Motion to Amend Complaint herein filed at Docket #12.

DATED _____.

_____
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

**Certificate of Service**

I hereby certify that on October 26, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

BRENA, BELL &
CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2