Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ST. PAUL FIRE AND MARINE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Case No. 3:06-CV-00020-TMB |
| | ) |
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR EXTENSION OF TIME
### TO FILE REPLY REGARDING MOTION TO AMEND COMPLAINT
(Docket #12)

KEVIN G. CLARKSON, being first duly sworn, deposes and states:

1.  I am counsel of record for Tesoro Alaska Company in the above-styled action.

2.  The parties are scheduled for mediation in this action on November 14, 2006. The possibility of settlement exists as a result of mediation. If settlement should occur, the Motion to

BRENA, BELL & CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

Amend Complaint and any Reply prepared by Tesoro would become moot. In the interests of time-management and economic efficiency Tesoro requests this extension of its filing deadline.

3. Plaintiff's Reply to its Motion to Amend Complaint is currently due October 26, 2006, and the parties have previously entered into two stipulations to extend this filing deadline.

4. We were unable to communicate directly with counsel for St. Paul prior to filing this motion due to schedules and other intervening matters.

DATED this 26th day of October, 2006.

_____
Kevin G. Clarkson

SUBSCRIBED & SWORN to before me, a Notary Public in and for Alaska, this 26th day of October, 2006.

_____
NOTARY PUBLIC in and for Alaska.
My Commission Expires: 1-23-10



**Certificate of Service**

I hereby certify that on October 26, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

/s/ Kevin G. Clarkson

BRENA, BELL &
CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO AMEND COMPLAINT (Docket #12)
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2