Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TESORO ALASKA COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. PAUL FIRE AND MARINE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00020-TMB |

**NOTICE OF CHANGE OF ADDRESS**

Comes now the Plaintiff, Tesoro Alaska Company, by and through counsel, Brena, Bell &

Clarkson, P.C., and notifies the court and the parties that the law offices of Brena, Bell & Clarkson,

P. C. have relocated, and their new address is:

> Brena, Bell & Clarkson, P.C.
> 810 N Street, Suite 100
> Anchorage, AK 99501
> (907) 258-2000 - Telephone
> (907) 258-2001 - Facsimile

DATED this 26th day of October, 2006.

**BRENA, BELL &
CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

NOTICE OF CHANGE OF ADDRESS
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 1 of 2

BRENA, BELL & CLARKSON, P.C.
Attorneys for Plaintiff
Tesoro Alaska Company

By   /s/ Kevin G. Clarkson
    ABA No. 8511149
    810 N Street, Suite 100
    Anchorage, AK 99501
    (907) 258-2000 - Telephone
    (907) 258-2001 - Facsimile
    E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on October 26, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

  /s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

NOTICE OF CHANGE OF ADDRESS
Tesoro v. St. Paul Fire and Marine Insurance Company, Case No. 3:06-CV-00020-TMB
Page 2 of 2