Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY,    ) | |
|      ) | |
|     Plaintiff,    ) | |
|      ) | |
|   v.    ) | |
|      ) | |
| ST. PAUL FIRE AND MARINE    ) | |
| INSURANCE COMPANY,    ) | |
|      ) | |
|     Defendant.    )  Case No. 3:06-CV-00020-TMB | |
| _____) | |

**REQUEST FOR ORAL ARGUMENT**
**REGARDING TESORO ALASKA COMPANY'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**[Count 1 – Additional Insured Coverage]**

Comes Now the Plaintiff, Tesoro Alaska Company ("Tesoro Alaska"), by and through its

attorneys, Brena, Bell & Clarkson, P.C., and pursuant to D. Ak. LR 7.2 hereby requests that Oral

Argument be scheduled regarding Tesoro's Motion for Partial Summary Judgment [Count 1 -

Additional Insured Coverage].

DATED this 26th day of October, 2006.

BRENA, BELL &
CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

BRENA, BELL & CLARKSON, P.C.
Attorneys for Plaintiff
Tesoro Alaska Company

By _____/s/ Kevin G. Clarkson_____
　　　ABA No. 8511149
　　　810 N Street, Suite 100
　　　Anchorage, AK 99501
　　　(907) 258-2000 - Telephone
　　　(907) 258-2001 - Facsimile
　　　E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on October 26, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

_____/s/ Kevin G. Clarkson_____

BRENA, BELL &
CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

TESORO ALASKA COMPANY'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2