Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 258-2000
Facsimile: (907) 258-2001
kclarkson@brenalaw.com

Attorneys for Tesoro Alaska Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |

**[PROPOSED] ORDER GRANTING
REQUEST FOR ORAL ARGUMENT
REGARDING TESORO ALASKA COMPANY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]**

The Court having received Tesoro Alaska Company's request for oral argument on its

Motion for Partial Summary Judgment [Count 1 - Additional Insured Coverage], and being fully

advised in the premises;

IT IS HEREBY ORDERED that said request is granted, and oral argument thereon is set

before the undersigned on the _____ day of _____, 200___, at the hour of

_____.m. in Courtroom _____.

**BRENA, BELL &
CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

DATED _____.

_____
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

**Certificate of Service**

I hereby certify that on October 26, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

     /s/ Kevin G. Clarkson
_____

BRENA, BELL &
CLARKSON, P.C.
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

[Proposed] ORDER GRANTING TESORO'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
[Count 1 – Additional Insured Coverage]
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2