Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 601
Anchorage, AK 99501
(907) 258-2000 - Telephone
(907) 258-2001 - Facsimile
kclarkson@brenalaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |

## NOTICE OF SETTLEMENT

Comes now the Plaintiff, Tesoro Alaska Company, by and through counsel, Brena, Bell & Clarkson, P.C., and notifies the court that yesterday, November 14, 2006, the parties in this action participated in a mediation with Brian Shortell Mediation Services, and settlement of all claims was reached. The parties anticipate that completion of the necessary documents to finalize settlement will occur in the near future.

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

NOTICE OF SETTLEMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

DATED this _____ day of November, 2006.

                                      BRENA, BELL & CLARKSON, P.C.
                                      Attorneys for Plaintiff
                                      Tesoro Alaska Company

By    /s/ Kevin G. Clarkson
        ABA No. 8511149
        810 N Street, Suite 100
        Anchorage, AK 99501
        (907) 258-2000 - Telephone
        (907) 258-2001 - Facsimile
        E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on November 15, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

_____
/s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

NOTICE OF SETTLEMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2