Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 601
Anchorage, AK 99501
(907) 258-2000 - Telephone
(907) 258-2001 - Facsimile
kclarkson@brenalaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| ) | |

## STATUS REPORT REGARDING SETTLEMENT

Comes now the Plaintiff Tesoro Alaska Company, by and through counsel, Brena, Bell & Clarkson, P.C., and pursuant to the Court's Order at Docket No. 32, hereby provides its status report regarding settlement.

Pursuant to the settlement reached between the parties, both in this case and in the underlying State wrongful death action (Rogers v. Tesoro, Case No. 3KN-05-388 Civil), settlement documents and settlement funds have been collected from all parties with the exception of St. Paul Fire & Marine Insurance Company. Counsel for St. Paul has advised that St. Paul's settlement funds owed, together with the signed settlement agreement, should be delivered to our offices early next week.

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

STATUS REPORT REGARDING SETTLEMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

Assuming this is correct, distribution of settlement funds and the filing of the appropriate stipulation to dismiss should occur on or before December 22, 2006.

DATED this 14th day of December, 2006.

>BRENA, BELL & CLARKSON, P.C.
>Attorneys for Plaintiff
>Tesoro Alaska Company
>
>By     /s/ Kevin G. Clarkson
>ABA No. 8511149
>810 N Street, Suite 100
>Anchorage, AK 99501
>(907) 258-2000 - Telephone
>(907) 258-2001 - Facsimile
>E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on December 14, 2006,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

_____
/s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

STATUS REPORT REGARDING SETTLEMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2