Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 601
Anchorage, AK 99501
(907) 258-2000 - Telephone
(907) 258-2001 - Facsimile
kclarkson@brenalaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-00020-TMB |
| _____ ) | |

## STATUS REPORT REGARDING SETTLEMENT

Comes now the Plaintiff Tesoro Alaska Company, by and through counsel, Brena, Bell & Clarkson, P.C., and hereby provides a current status report regarding settlement.

Pursuant to the settlement reached between the parties, both in this case and in the underlying State wrongful death action (Rogers v. Tesoro, Case No. 3KN-05-388 Civil), settlement funds have been collected from all parties and disbursed. An Order of Dismissal has been issued in the underlying Rogers action.

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

STATUS REPORT REGARDING SETTLEMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 1 of 2

As of the date of this filing, St. Paul Fire and Maine Insurance Company has still not yet provided a signed settlement agreement and release. Once the signed settlement agreement and release is received from St. Paul, the appropriate stipulation to dismiss will be filed.

DATED this 22nd day of January, 2007.

                                              BRENA, BELL & CLARKSON, P.C.
                                              Attorneys for Plaintiff
                                              Tesoro Alaska Company

                                        By    /s/ Kevin G. Clarkson
                                                ABA No. 8511149
                                                810 N Street, Suite 100
                                                Anchorage, AK 99501
                                                (907) 258-2000 - Telephone
                                                (907) 258-2001 - Facsimile
                                                E-mail: kclarkson@brenalaw.com

**Certificate of Service**

I hereby certify that on January 22, 2007,
a copy of the foregoing document was served
electronically upon:

(Attorney for St. Paul Fire & Marine)
Earl M. Sutherland, Esq.
601 Union Street, Suite 1500
Seattle, WA 98101-1363
E-mail: esutherland@rmlaw.com

_____
/s/ Kevin G. Clarkson

**BRENA, BELL & CLARKSON, P.C.**
810 N STREET
SUITE 100
ANCHORAGE, AK 99501
(907) 258-2000

STATUS REPORT REGARDING SETTLEMENT
Tesoro v. St. Paul Fire and Marine Insurance Company, 3:06-CV-00020-TMB
Page 2 of 2