Earl M. Sutherland, Esq.
REED MCCLURE
Two Union Square
601 Union Street, Ste. 1500
Seattle, WA 98101-1363

Attorneys for St. Paul Fire and
Marine Insurance Company

HONORABLE TIMOTHY M. BURGESS

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TESORO ALASKA COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendant. | NO. 3:06-CV-00020-TMB<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## STIPULATION

It is hereby agreed and stipulated by plaintiff and defendant St. Paul Fire & Marine Insurance Company, by and through their undersigned attorneys, that all claims and counterclaims in this action between plaintiff and St. Paul Fire & Marine Insurance Company, which were brought or which could have been brought, may be dismissed with prejudice with each side to bear its own costs and fees for the reason that the parties have agreed to settle their dispute.

STIPULATED ORDER OF DISMISSAL - 1

067690 094243\#148083

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

DATED this 21st day of February, 2007.

| REED McCLURE | BRENA, BELL & CLARKSON, P.C. |
|---|---|
| /s/ Earl M. Sutherland | /s/ Kevin G. Clarkson |
| Earl M. Sutherland, ABA #8111132 | Kevin G. Clarkson |
| Two Union Square | ABA No. 8511149 |
| 601 Union Street, Ste. 1500 | 310 K. Street, Suite 601 |
| Seattle, WA 98101-1363 | Anchorage, AK 99501 |
| (206) 292-4900 – Telephone | (907) 258-2000 – Telephone |
| (206) 223-0152 - Fax | (907) 258-2001 – Facsimile |
| Email: esutherland@rmlaw.com | E-mail: kclarkson@brenalaw.com |
| Attorneys for St. Paul Fire and Marine Insurance Company | Attorneys for Tesoro Alaska Company |

## ORDER

Based on the above Stipulation,

IT IS HEREBY ORDERED all claims and counterclaims in this action between plaintiff and defendant St. Paul Fire and Marine Insurance Company are dismissed with prejudice with each side to bear its own costs and fees.

DONE IN OPEN COURT this _____ day of _____, 2007.

_____
Timothy M. Burgess, United States District Judge

STIPULATED ORDER OF DISMISSAL - 2

067690 094243\#148083

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152